Thomas Lether, Alaska Bar No. 1509081
LETHER LAW GROUP
1848 Westlake Ave N,
Seattle, WA 98109
T: 206-467-5444/F: 206-467-5544
tlether@letherlaw.com
*Attorney for Travelers Property
Casualty Company of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TAMICO, INC., an Alaskan Corporation and DAWSON CONSTRUCTION, LLC,<br><br>Defendants. | Case No. 1:23-cv-00014-HRH |

## COMPLAINT FOR DECLARATORY RELIEF

Plaintiff Travelers Property Casualty Company of America (hereinafter "Travelers") submits the following Complaint for Declaratory Relief pursuant to 28 U.S.C. § 2201 and Fed. R. Civ. P. 57.

### I.     PARTIES

1.1     Plaintiff Travelers Property Casualty Company of America is a foreign insurance company licensed to do business in the State of Alaska. Travelers is organized

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 1
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG     Document 1     Filed 11/13/23     Page 1 of 132

under the laws of the State of Connecticut with its principal place of business in the State of Connecticut. Travelers is licensed to transact business in Alaska and at all material times has transacted business in Alaska.

1.2    Defendant, Tamico, Inc. (hereinafter "Tamico") is a corporation organized under the laws of Alaska, with its principal place of business in Petersburg.

1.3    Defendant, Dawson Construction LLC, (hereinafter, "Dawson") is a Washington Limited Liability Company, licensed to do business in the State of Alaska.

## II.    JURISDICTION AND VENUE

2.1    Jurisdiction is properly before this Court pursuant to 28 U.S.C. §1332, *et. seq.*, as complete diversity exists among the parties and the amount in controversy exceeds $75,000.

2.2    The Court has jurisdiction over this declaratory judgment action pursuant to 28 U.S.C. § 2201 because there is an actual and justiciable controversy between the parties with respect to the existence of insurance coverage under the policies of insurance issued by Travelers Property Casualty Company of America. A judicial determination and declaration of the rights and obligations of the parties is necessary and appropriate at this time because Travelers Property Casualty Company of America has no adequate remedy at law which will resolve the current controversy.

2.3    Venue is proper with this Court pursuant to 28 U.S.C. § 1391 and local court rules as this case involves claims for insurance coverage stemming from an alleged loss occurring in Alaska, and an underlying lawsuit is filed in the First Judicial District at

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 2
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 2 of 132

Juneau.

### III.    FACTUAL BACKGROUND

3.1    The case arises out of a construction project for improvements to the Revilla & Gravina Airport Ferry Facility (hereinafter, "The Subject Project").

3.2    On or about August 25th, 2022, a complaint was filed in the First Judicial District at Juneau in the State of Alaska by Dawson against Tamico. Subsequently, a Motion to Compel Arbitration was filed, and this matter was transferred to arbitration under American Arbitration Association Case No: 01-22-0004-6769 (hereinafter "Underlying Action").

3.3    The State of Alaska Department of Transportation and Public Facilities (hereinafter "Alaska DOT") owns and operates ferry terminals in the City of Ketchikan on Revilla Island and its airport located on Gravina Island.

3.4    On June 19, 2020, Alaska DOT entered into a construction contract with Dawson in which Dawson agreed to serve as the general contractor for The Subject Project.

3.5    The Subject Project included the construction of new land and in-water facilities at both the Gravina Airport and Revilla terminals and refurbishment of the existing ferry facilities at Gravina and Revilla.

3.6    Dawson subsequently entered into a subcontract with Tamico on or about July 10, 2020 (hereinafter, "Tamico Subcontract"). Pursuant to the subcontract, Tamico's scope of work was to furnish and perform all labor, materials, tools, supplies, equipment, services, facilities, and supervision necessary for the complete and proper performance of

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 3
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 3 of 132

the Revilla and Gravina Marine Structures per Bid Schedule. The contract price for this agreement totals $5,068,355.

3.7     Pursuant to the subcontract, Tamico's scope of work included the placement of various piles and dolphins in the shallow waters off Ketchikan used by a ferry service to the airport.

3.8     In the Underlying Action, Dawson alleges that in the course of its work under the Tamico Subcontract, Tamico damaged property owned by Alaska DOT and performed substandard installation which was out of compliance with the specifications. Alaska DOT withheld payment and demanded that its property be inspected and repaired, and the substandard work be redone.

3.9      It is alleged that Tamico abandoned its work on or about July 2022, prior to the completion of its work. Dawson further alleged it was required to complete repairs or replace the damaged Alaska DOT property and redo the substandard work. Dawson alleges that it incurred over $9,000,000 in damages preparing and completing Tamico's work.

3.10    In the Underlying Action, the following damages are alleged: float damages; piling gouges and damage; pile coating damage; pile-caps damage; damage to splice and backer plates; excessive force on piles damage and curb and gutter damage (upland structures).

3.11    On November 4, 2022, Dawson filed a claim against Tamico in the American Arbitration Association and International Centre for Dispute Resolution. Dawson alleged Breach of Subcontract by Tamico and Breach of Covenant of Good Faith and Fair Dealing

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 4
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG     Document 1     Filed 11/13/23     Page 4 of 132

by Tamico. In this matter, Dawson was also seeking attorney's fees, interest, arbitration costs and emergency relief.

3.12    On or around August 25, 2023, Travelers received notice of pleadings setting forth claims against Tamico, over 9 months after the claims by Dawson were filed against Tamico.

3.13    On September 1, 2023, Dawson filed a motion for summary judgment in the Arbitration.

3.14    On or around October 1, 2023, Travelers assigned defense counsel to defend Tamico subject to an express reservation of rights.

3.15    On October 30, 2023, the Arbitrator granted Dawson's motion for summary judgment and awarded Dawson damages in the amount of $10,449,147.00. Dawson was further awarded attorney's fees in the amount of $83,045.50. Dawson was also awarded $7,999.65 in costs.

## IV.    POLICIES OF INSURANCE

### A.    <u>Identification of the Subject Insurance Policies</u>

4.1    Travelers issued Marine General Liability Policy No. ZOL-41N08192-20-ND, effective March 1, 2020 to March 1, 2021 to Tamico, Inc. This policy contains a limit of $1,000,000 per occurrence subject to $2,000,000 General Aggregate and $2,000,000 aggregate for Products-Completed Operations. The policy also contains a Defense Costs Limit of $1,000,000.

4.2    Travelers issued Bumbershoot Policy and Umbrella Liability Policy No. -

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 5
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 5 of 132

ZOB- 41N0820A-20-ND, effective from March 1, 2020 to March 1, 2021 to Tamico, Inc. The policy contains limits of $1,000,000 per occurrence and $2,000,000 General Aggregate and $2,000,000 Products-Completed Operations Aggregate.

4.3     Travelers issued Ocean Marine Commercial General Liability ("CGL") Insurance Policy Nos. ZOL-41N08192-21-ND, effective from March 1, 2021 to March 1, 2022 and ZOL-41N08192-21-ND, effective from March 1, 2022 to April 1, 2023 to Tamico, Inc. The Ocean Marine CGL policies contain limits in the amount of $1,000,000 per occurrence, subject to $2,000,000 General Aggregate and $2,000,000 aggregate for Products-Completed Operations.  The policies also contain a Defense Expenses Limit of $1,000,000.

4.4     Travelers issued Bumbershoot Excess Follow-Form and Umbrella Liability Policy to Tamico, Inc., Nos. ZOB- 41N0820A-21-ND, effective from March 1, 2021 to March 1, 2022, and ZOB- 41N0820A-21-ND, effective from March 1, 2022 to April 1, 2023, which contain limits of $1,000,000 per occurrence, $1,000,000 General Aggregate and $1,000,000 Products-Completed Operations Aggregate.

**B.**     **Provisions of The Subject Policy**

*The 2020 – 2021 Marine General Liability Policy*

4.5     The 2020 – 2021 Marine General Liability policy includes the following duties in the event of occurrence provision:

**12.     INSURED'S DUTIES IN THE EVENT OF OCCURRENCE, OFFENSE, CLAIM OR SUIT:**

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 6
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 6 of 132

(1)    In the event of an "occurrence" or an offense, written notice containing particulars sufficient to identify the insured and also reasonably obtainable information with respect to the time, place and circumstances thereto, and the names and addresses of the injured and of available witness, shall be given by or for the insured to this Company as soon as practicable;

(2)    If "claim" is made or "suit" is brought against the insured, the insured shall immediately forward to this Company every demand, notice, summons or shall process received in connection with the "claim" or "suit";

(3)    The insured shall cooperate with this Company and, upon this Company's request, assist in making settlements, in the conduct of "suits" and in enforcing any right of contribution or indemnity against any person or organization who may be liable to the insured because of injury or damage with respect to which insurance is afforded under this policy; and the insured shall attend hearings and trials and assist in securing and giving evidence and obtaining the attendance of witnesses. The insured shall not, except at the insured's own cost, voluntarily make any payment, assume any obligation or incur any expense other than for first-aid to other at the time of accident.

OMOL0001

4.6    The 2020 – 2021 Marine General Liability Policy contains the following insuring agreement:

## SECTION II: GENERAL LIABILITY COVERAGES

### Coverage A: Bodily Injury and Property Damage

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 7
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG   Document 1   Filed 11/13/23   Page 7 of 132

1.    **Insuring Agreement:**

This Company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of:

"Bodily Injury"
"Property Damage"

to which this insurance applies. This Company will have the right and duty to defend the insured against any "claim" or "suit" seeking those damages. This Company may, at their discretion, investigate any "occurrence" and settle any "claim" or "suit" that may result. However:

(a)    The amount that this Company will pay for "defense costs" is limited as set forth in Clause 7., Limits of Insurance, Section I: General Conditions and as described therein under Clause 7.(6);

(b)    This Company is not obligated to pay any "claims" or judgment or to defend any "suit" for any one "occurrence" after the limit as set forth in Clause 7., Limits of Insurance, Section I: General Conditions and described therein under Clause 7.(2), has been exhausted by payment of judgments, settlements, and "claims";

(c)    This Company is not obligated to pay any "claims" or judgment or to defend any "suit" after the applicable "aggregate limit" as set forth in Clause 7., Limits of Insurance, Section I: General Conditions and described therein under Clause 7.(7) or 7.(8), whichever applies, has been exhausted by payment of judgments, settlements, "claims" and "defense costs".

This insurance only applies to "bodily injury" or "property damage" that takes place during the policy

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 8
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 8 of 132

period and is caused by an "occurrence".

OMOL0001 (02-14)

4.7     The 2020 – 2021 Marine General Liability Policy contains the following expected or intended injury exclusion:

This insurance does not apply to:

**(1)     Expected or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured.

This exclusion does not apply to "bodily injury" arising out of the use of reasonable force to protect persons or property.

OMOL0001 (02-14)

4.8     The 2020 – 2021 Marine General Liability Policy contains the following contractual liability exclusion:

**(2)     Contractual Liability**

Liability assumed by the insured under any contract or agreement.

This exclusion does not apply to liability for "bodily injury" or "property damage":

(a)     That the insured would have in the absence of the contract or agreement;

(b)     Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 9
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG     Document 1     Filed 11/13/23     Page 9 of 132

contract or agreement. Solely for the purpose of liability assumed in an "insured contract," reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damages", provided:

1. Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

2. Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute proceeding in which damages to which this insurance applies are alleged.

OMOL0001 (02-14)

4.9     The 2020 – 2021 Marine General Liability Policy contains the following watercraft exclusion:

(5)     **Watercraft**

"Bodily injury" or "property damage" arising out of the ownership or operation of any watercraft:

(a)     Owned by an insured;

(b)     Chartered, leased, rented, or loaned to an insured.

This exclusion does not apply to:

(a)     Watercraft while ashore on premises owned by, rented to or controlled by the "Named Insured";

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 10
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG     Document 1     Filed 11/13/23     Page 10 of 132

      (b)      The "Marine Liabilities" section(s) of this policy, but only to the extent of coverages provided therein;

      (c)      Liability assumed under an "insured contract", but only that portion of the "insured contract" under which the "Named Insured" assumes the tort liability of another party for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

OMOL0001 (02-14)

    4.10   The 2020 – 2021 Marine General Liability Policy contains the following recall of products exclusion:

    **(12)   Recall of Products, Work or Impaired Property**

    Any loss, cost or expense incurred by any insured, or others, for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

      (a)      The "insured's product";

      (b)      Work completed by or for the insured; or

      (c)      "Impaired property"

    if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

OMOL0001 (02-14)

    4.11   The 2020 – 2021 Marine General Liability Policy contains the following

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 11
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 11 of 132

impaired property exclusion:

> (13) **Damage to Impaired Property or Property Not Physically Injured**
>
> "Property damage" to "impaired property" or property that has not been physically injured, arising out of:
>
> (a) A defect, deficiency, inadequacy or dangerous condition in the "insured's product" or the "insured's work"; or
>
> (b) A delay or failure by the insured or anyone acting on the insured's behalf to perform a contract or agreement in accordance with its terms.
>
> This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to the "insured's product" or the "insured's work" after it has been put to its intended use.

OMOL0001 (02-14)

4.12 The 2020 – 2021 Marine General Liability Policy contains the following damage to insured's product exclusion:

> (14) **Damage to the Insured's Products**
>
> "Property damage" to the "insured's products" arising out of such products or any part of such products.

OMOL0001 (02-14)

4.13 The 2020 – 2021 Marine General Liability Policy contains the following damage to insured's work exclusion:

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 12
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P.: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 12 of 132

(15)   **Damage to the Insured's Work**

"Property damage" to work performed by or on behalf of the insured arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith.

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on behalf of the Named Insured by a subcontractor.

OMOL0001 (02-14)

4.14   The 2020 – 2021 Marine General Liability Policy contains the following property damage exclusion:

(20)   **Damage to Property**

"Property damage" to:

. . .

(d)   Personal property in the care, custody or control of the insured. This exclusion, (20)(d), does not apply to the "Marine Liabilities" section(s) of this policy, but only to the extent of coverages provided therein;

(e)   That particular part of real property on which the insured or any contractors or subcontractors working directly or indirectly on the insured's behalf are performing operations, if the "property damage" arises out of those operations. This exclusion, (20)(e), does not apply to the "Marine Liabilities" section(s) of this policy, but only to the extent of coverages provided therein;

(f)   That particular part of any property that must be restored, repaired or replaced because the "insured's work" was incorrectly performed on it.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 13
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG   Document 1   Filed 11/13/23   Page 13 of 132

This exclusion, (20)(f), does not apply to "property damage" included in the definition of "products-completed operations hazard"; or

(g) That particular part of any property that must be restored, repaired or replaced because it was faultily designed, including any expenditure incurred by reason of a betterment or alteration in design to such property.

OMOL0001 (02-14)

4.15   The 2020 – 2021 Marine General Liability Policy contains the following damages exclusion:

(22) **Punitive, Exemplary or Multiplied Damages**

Any liability for fines, penalties, punitive damages, exemplary damages, or the portion of any multiplied damages award that exceeds the amount multiplied.

OMOL0001 (02-14)

4.16   The 2020 – 2021 Marine General Liability Policy contains the following fraud exclusion:

(23) **Fraud, Infidelity, Dishonesty, Criminal Acts**

Any liability for loss, injury, damage or expense arising out of fraud, infidelity, dishonesty, and/or criminal acts of any insured or any representative or "employee" of an insured committed individually or in collusion with others.

OMOL0001 (02-14)

4.17   The 2020 – 2021 Marine General Liability Policy contains the following breach of contract exclusion:

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 14
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG   Document 1   Filed 11/13/23   Page 14 of 132

(26)    **Breach of Contract**

Any liability for loss, injury, damage or expense arising out of any actual or alleged breach of, or non-compliance with, a contract or agreement.

This exclusion applies regardless of whether or not the contract or agreement is an "insured contract".

OMOL0001 (02-14)

4.18    The 2020-2021 Marine General Liability Policy contains the following Marine Contractor's Legal Liability provision:

This section is subject to the terms, conditions, and exclusions contained in Sections I and II of this policy, and is further subject to the additional exclusions applicable to this section.

1.    **Insuring Agreement:**

Subject always to the Limits of Insurance set forth in Clause 7 of Section I, the Company will pay on behalf of the insured all sums which the insured, by reason of liability as a Marine Contractor, including similar marine operations and support activities, shall become legally obligated to pay as damages for:

A.    "Property damage" to docks, piers, wharves, breakwaters, bridges, and other marine structures, occurring while such property is in the care, custody or control of the insured for the purpose of repair or alteration.

B.    "Property damage" to watercraft and the equipment, cargo, and other interests on board, occurring while such watercraft is in the care, custody or control of the insured during salvage or other similar operations.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 15
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 15 of 132

C.    "Property damage" to equipment or other interests of a marine structure or a watercraft insured under clauses 1.A. and 1.B. above while such items are temporarily removed from the structure or watercraft for the sole purpose of repair or alteration performed by or on behalf of the Named Insured, including while in transit to and from such location(s).

D.    "Property damage" to property of others, while such property is in the care, custody or control of the insured and/or is being loaded or discharged by the insured.

4.19   The 2020-2021 Marine General Liability Policy contains the following exclusions applicable to the Marine Contractor's General Liability provision:

In addition to the exclusions contained in Section II, Coverage A, it is expressly understood and agreed that this section is also subject to the following exclusions:

This insurance does not apply to:

A.    Loss, damage, or expense arising out of the operation of any watercraft owned by, or bareboat chartered to, the insured or any affiliated or subsidiary concern or party, including, but not limited to, collision liability, tower's liability or liabilities insured against under the customary forms of hull & machinery or protection & indemnity policies;

B.    Loss or damage to property of the Insured, including owned or bareboat chartered watercraft;

C.    The cost or expense of redoing the work improperly performed by the insured and their contractors and/or subcontractors, or the cost of replacement of materials, parts or equipment furnished in connection therewith;

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 16
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG   Document 1   Filed 11/13/23   Page 16 of 132

D.     The cost or expense of repairing, replacing or renewing any faultily designed part or parts which cause(s) loss of or damage to the marine structure or watercraft, or for any expenditure incurred by reason of a betterment or alteration in design;

E.     Disposal of any structures, salved watercraft and/or parts thereof, including scuttling.

F.     Time delay penalties and consequential loss.

OMOL0001 (02-14)

4.20    The 2020-2021 Marine General Liability Policy contains the following definitions relevant to the above referenced provisions:

The following definitions apply to all Sections of this policy, including endorsements forming a part thereof.

***However, with respect to the "Marine Liabilities" Section(s) of this policy including endorsements forming a part thereof, to the extent that inconsistencies exist between the following definitions and those words, phrases or terms which are established under General Maritime Law, it is understood and agreed that such words, phrases or terms established under General Maritime Law shall prevail as respects the interpretation of coverages provided in the Marine Liabilities Section(s) of this policy including endorsements forming a part thereof.***

When used in this policy (including endorsements forming a part hereof):

. . .

(6)    **Claim** means a demand that seeks damages for "bodily injury", "property damage", or "personal and advertising injury" to which this insurance applies.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 17
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 17 of 132

. . .

(8)     **Defense Costs** means the legal and investigative costs, fees and expenses, including attorneys' fees, which are incurred in the process of handling a "claim" presented under this policy. Defense costs do not include salaries and expenses of this Company's employees, other than employed attorneys, or salaries and expenses of the insured's "employees".

. . .

(14)    **Impaired property** means tangible property, other than the "insured's product" or the "insured's work", that cannot be used or is less useful because:

   (a)    It incorporates the "insured's product" or the "insured's work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   (b)    The insured has failed to fulfill the terms of a contract or agreement.

If such property can be restored to use by:

   (a)    The repair, replacement, adjustment or removal of the "insured's product" or the "insured's work"; or

   (b)    The insured fulfilling the terms of the contract or agreement.

(16)    **Insured contract** means any oral or written contract or agreement entered into by the Named Insured relating to the conduct of the Named Insured's business.

"Insured contract" does not include:

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 18
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 18 of 132

(a) That part of any contract or agreement that indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road beds, tunnel, underpass or crossing; except sidetrack agreements.

(b) That part of any contract or agreement that indemnifies an architect, engineer or surveyor for injury or damage arising out of:

    1. Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, drawings, designs and specifications; or

    2. Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(c) That part of any contract or agreement under which the Named Insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the Named Insured's rendering or failing to render professional services, including those listed under (b) above and supervisory, inspection, architectural or engineering activities.

(d) Any obligation for which the Named Insured may be held liable in an action by a third party beneficiary for "bodily injury" or "property damage" arising out of a project for a public authority; but this exception does not apply to an action by the public authority or any other person or organization engaged in the project.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 19
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG     Document 1     Filed 11/13/23     Page 19 of 132

(e)     Any warranty or representation by the Named Insured as to the fitness, quality, durability, performance or use of the Named Insured's products or work performed by or on behalf of the Named Insured.

(17)    **Insured's product** means:

(a)     Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

1.      The Named Insured;

2.      Others trading under the Named Insured's name; or

3.      A person or organization whose business or assets the Named Insured has acquired; and

(b)     Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

The "insured's product" includes:

(a)     Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of the "insured's product"; and

(b)     The providing of or failure to provide warnings or instructions.

The "insured's product" does not include vending machines or other property rented to or located for the use of others but not sold.

(18)    **Insured's work** means:

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 20
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG     Document 1     Filed 11/13/23     Page 20 of 132

(a)     Work or operations performed by the Named Insured on their own behalf; and

(b)     Materials, parts or equipment furnished in connection with such work or operations.

"Insured's work" includes:

(a)     Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of the "insured's work"; and;

(b)     The providing of or failure to provide warnings or instructions.

. . .

(21)    **Marine Liabilities** means the section(s), if any, including any endorsements thereto, attached to this policy subsequent to <u>Section I: General Conditions</u> and <u>Section II: General Liability Coverages</u>, which provide specific coverage(s) as set forth therein and according to their terms, conditions and exclusions, for certain liabilities arising out of the insured's maritime operations.

. . .

(25)    **Occurrence** means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

. . .

(28)    **Products-completed operations hazard**

(a)     Includes all "bodily injury" and "property damage" occurring away from premises owned or rented by the Named Insured and arising out

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 21
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG     Document 1     Filed 11/13/23     Page 21 of 132

of the "insured's product" or the "insured's work" except:

1.     Products that are still in the physical possession of the Named Insured; or

2.     Work that has not yet been completed or abandoned. However, the "insured's work" shall be deemed completed at the earliest of the following times:

   (i)     When all of the work called for in the Named Insured's contract has been completed.

   (ii)    When all of the work to be done at the job site has been completed if the Named Insured's contract calls for work at more than one job site.

   (iii)   When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

   Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

(b)   Does not include "bodily injury" or "property damage" arising out of:

1.     The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by the Named Insured, and that condition was created by the "loading or unloading" of that vehicle by any

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 22
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG     Document 1     Filed 11/13/23     Page 22 of 132

insured;

2. The existence of tools, uninstalled equipment or abandoned or unused materials.

(29) **Property damage** means:

(a) Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

(b) Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

OMOL0001 (02-14)

4.21 The 2020-2021 Marine General Liability Policy contains the following Alaska Department of Commerce and Economic Development Division of Insurance Attorney Fees Coverage Notice:

**This policy limits coverage for attorney fees under Alaska Rule of Civil Procedure 82.**

In any suit in Alaska in which this Company has a right or duty to defend an Insured in addition to the limits of liability, this Company's obligation under the applicable coverage to pay attorneys fees taxable as costs against the Insured is limited as follows:

Alaska Rule of Civil Procedure 82 provides that if the Insured is held liable, some or all of the attorney fees of the person making a claim against the Insured must be paid by the Insured. The amount that must be paid by the Insured is determined by Alaska Rule of Civil Procedure 82. This Company provides coverage for attorney fees for which the Insured is liable under Alaska Rule of Civil Procedure 82 subject to the following

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 23
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 23 of 132

limitation:

**This Company will not pay that portion of any attorney's fees that is in excess of fees calculated by applying the schedule for contested cases in Alaska Rule of Civil Procedure 82(b)(1) to the limit of liability of the applicable coverage.**

This limitation means the potential costs that may be awarded against the Insured as attorney fees may not be covered in full. The Insured will have to pay any attorney fees not covered directly.

For example, the attorney fees provided by the schedule for contested cases in Alaska Rule of Civil Procedure 82(b)(1) are:

| | | |
|---|---|---|
| 20% of the first $25,000. | | $5,000. |
| 10% of $100,000. | | $10,000. |
| Total Award $125,000. | Total Attorneys Fees | $15,000. |

If the limit of liability of the applicable coverage is $100,000, this Company would pay $100,000 of the $125,000 award and $12,500 for Alaska Rule of Civil Procedure 82(b)(1) attorney fees, calculated as follows:

| | | |
|---|---|---|
| 20% of | $25,000. | $5,000. |
| 10% of | $75,000. | $7,500. |
| Total Limit of Liability | $100,000. Total Attorney Fees Covered | $12,500. |

The Insured would be liable to pay, directly and without this Company's assistance, the remaining $25,000 in liability plus the remaining $2,500 for attorney fees under Alaska Rule of

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 24
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F; (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 24 of 132

Civil Procedure 82 not covered by this policy.

Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, provisions, agreements or limitations of the above mentioned policy, other than as above stated.

OMOL0132 (07-05)

4.22    The 2020-2021 Marine General Liability Policy contains the following

Watercraft Exclusion Amendment For Completed Operations Hazard:

In consideration of the payment of premium and subject to the limits of liability, exclusions, conditions and other terms of this Policy, it is understood and agreed that Exclusion (5) of Section II is deleted and replaced with the following;

**(5)    Watercraft**

"Bodily injury" or "property damage" arising out of the ownership or operation of any watercraft:

**(a)**    Owned by an insured;

**(b)**    Chartered, leased, rented, or loaned to an insured.

This exclusion does not apply to:

**(a)**    Watercraft while ashore on premises owned by, rented to or controlled by the "Named Insured";

**(b)**    The "Marine Liabilities" section(s) of this policy, but only to the extent of coverages provided therein;

**(c)**    Liability assumed under an "insured contract", but only that portion of the "insured contract" under which the "Named Insured" assumes the

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 25
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 25 of 132

tort liability of another party for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement;

**(d)** "bodily injury" or "property damage" arising out of the "insured's work" that has been completed. The "insured's work" shall be deemed completed at the earliest of the following times:

    **(i)** When all of the work called for in the Named Insured's contract has been completed;

    **(ii)** When all of the work to be done at the job site has been completed if the Named Insured's contract calls for work at more than one job site;

    **(iii)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, provisions, agreements or limitations of the above mentioned policy, other than as above stated.

OMOL157 (01-08)

4.23 Effective October 5, 2020, the following endorsement, OMOC0163 (05-11)– Specific Designated Project General Aggregate Limit of Insurance was added to the 2020-2021 Marine General Liability Policy and states the following:

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 26
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 26 of 132

## SPECIFIC DESIGNATED PROJECT GENERAL

| Designated Construction Project(s): |
| --- |
| Project: KTN: Revilla & Gravina Airport Ferry Facility Improvments<br><br>Work: Pile and Marine Structure Installation |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

## AGGREGATE LIMIT OF INSURANCE

(9)     A separate Designated Project General "Aggregate Limit" applies to the designated project shown in the schedule above as required by an "insured contract", and that limit is equal to the amount of the General "Aggregate Limit" shown in Section 7. Limits of Insurance. The Designated Project General "Aggregate Limit" is the most the Company will pay in any one annual policy period, which can be attributed to operations at the designated project, regardless of the number of claims involved for the sum of:

(a)     Claims under Coverage A, Bodily Injury and Property Damage, in Section II, General Liability Coverages, except claims because of "bodily injury" and "property damage" included within the "products-completed operations hazard"; and

(b)     Claims under Coverage B, "Personal and Advertising Injury" Liability, in Section II, General Liability Coverages; and

(c)     "Medical expenses" under Coverage C, Medical Payments, in Section II, General Liability Coverages; and;

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 27
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG     Document 1     Filed 11/13/23     Page 27 of 132

<ol type="a" start="4">
<li>(d) Claims under Coverage D, Fire Legal Liability - Real Property, in Section II, General Liability Coverages; and</li>
</ol>

      (e)    Claims under the "Marine Liabilities" sections of this policy; and

      (f)    "Defense costs".

(10)    The provisions of Section 7. Limits Of Insurance not otherwise modified by this endorsement shall continue to apply as stipulated.

Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, provisions, agreements or limitations of the above mentioned policy, other than as above stated.

OMOL0163 (05-11)

4.24    The 2020 – 2021 Marine General Liability Policy contains the following provision regarding other insurance:

## 14.    OTHER INSURANCE:

The insurance afforded by this policy is primary insurance, except when stated to apply in excess of or contingent upon the absence of other insurance. When this insurance is primary and the insured has other insurance which is stated to be applicable to the loss on an excess or contingent basis, the amount of this Company's liability under this policy shall not be reduced by the existence of such other insurance.

When both this insurance and other insurance apply to the loss on the same basis, whether primary, excess or contingent, this Company shall not be liable under this policy for a greater proportion of the loss than that stated

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 28
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 28 of 132

in the applicable contribution provision below:

(1)     Contribution by Equal Shares:

   If all of such other valid and collectible insurance
   provides for contribution by equal shares, this
   Company shall not be liable for a greater
   proportion of such loss than would be payable if
   each insurer contributes an equal share until the
   share of each insurer equals the lowest applicable
   limit of liability under any one policy or the full
   amount of the loss is paid, and with respect to
   any amount of loss not so paid the remaining
   insurers then continue to contribute equal shares
   of the remaining amount of the loss until each
   such insurer has paid its limit in full or the full
   amount of the loss is paid.

(2)     Contribution by Limit:

   If any of such other insurance does not provide
   for contribution by equal shares, this Company
   shall not be liable for a greater proportion of such
   loss than the applicable limit of liability under
   this policy for such loss bears to the total
   applicable limit of liability of all valid and
   collectible insurance against such loss.

OMOL001 (02-14)

### *The 2021 – 22 and 2022 – 23 Ocean Marine CGL Policies*

4.25   The insuring agreement of the 2021 – 2022 and 2022- 2023 Ocean Marine

CGL policies, under Form CGT100 (02-19), as modified by CG D8 57 (06-20) states the

following in relevant part:

   **THE DEFENSE EXPENSES LIMIT IS APPLICABLE TO
   DEFENSE EXPENSES. THE DEFENSE EXPENSES
   LIMIT IS EQUAL TO THE EACH OCCURRENCE**

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 29
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG     Document 1     Filed 11/13/23     Page 29 of 132

LIMIT SHOWN ON THE DECLARATIONS OF THIS COVERAGE PART. DEFENSE EXPENSES ARE PAYABLE WITHIN, AND ARE NOT IN ADDITION TO, THE GENERAL AGGREGATE LIMIT AND THE PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT. PAYMENT OF DEFENSE EXPENSES WILL REDUCE, AND MAY EXHAUST, THE DEFENSE EXPENSES LIMIT, THE GENERAL AGGREGATE LIMIT AND THE PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT. PLEASE READ THE ENTIRE FORM CAREFULLY.

**SECTION I – COVERAGES**

**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

1.  **Insuring Agreement.**

    a.  We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply.

    When we defend a "suit" against an insured, we will pay reasonable "defense expenses". Payment of such "defense expenses" will reduce the available Defense Expenses Limit, which is included in, and is not in addition to, the General Aggregate Limit or the Products-Completed Operations Aggregate Limit, whichever applies.

    We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 30
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 30 of 132

**(1)** The amount we will pay for damages and "defense expenses" is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of:

**(a)** Judgments, settlements or "defense expenses" under Coverages **A**, **B**, the **Marine Legal Liability Coverage** or any other coverage added by endorsement to this Coverage Part; or

**(b)** Medical expenses under Coverage **C**.

We will have no other obligation or liability to pay sums or perform acts or services unless explicitly provided for under Supplementary Payments.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1**. of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 31
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P.: (206) 467-5444 F.: (206) 467-5544

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 31 of 132

"employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1**. of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

    **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any insurer;

    **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

    **(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 32
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 32 of 132

> for care, loss of services or death resulting at any time from the "bodily injury".

4.26 The 2021 – 2022 and 2022- 2023 Ocean Marine CGL policies contain the following expected or intended injury exclusion:

**a.    Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

CG TT 00 02 19

4.27 The 2021 – 2022 and 2022- 2023 Ocean Marine CGL policies contain the following contractual liability exclusion:

**b.    Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)**    That the insured would have in the absence of the contract or agreement; or

**(2)**    Assumed in a contract or agreement that is an "insured contract", provided that the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured will be deemed to be damages because of "bodily injury" or "property damage", provided that:

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 33
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 33 of 132

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

CG TT 00 02 19

4.28    The 2021 – 2022 and 2022 – 2023 Ocean Marine CGL policies contain the following aircraft, auto, or watercraft exclusion:

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by, rented or loaned to, or chartered by or to any insured. Use includes operation and "loading or unloading".

However, this exclusion does not apply to "insured watercraft" when coverage for such watercraft is provided under the **MARINE LEGAL LIABILITY COVERAGE** of this policy.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion also applies to "bodily injury" or "property damage" arising out of the use of any snow vehicle, including a snowmobile, or any trailer for such snow vehicle. To the extent this arises out of the use of a watercraft, the policy

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 34
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 34 of 132

precludes coverage in this matter. If you have any policies that may cover the barges, please place those carriers on notice.

This exclusion does not apply to:

**(1)**  A watercraft while ashore on premises you own or rent;

**(2)**  A watercraft you do not own that is:

**(a)**  50 feet long or less; and

**(b)**  Not being used to carry any person or property for a charge;

**(3)**  Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)**  Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft;

**(5)**  "Bodily injury" or "property damage" arising out of:

**(a)**  The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify as "mobile equipment" under the definition of "mobile equipment" if such land vehicle were not subject to a compulsory or financial responsibility law, or other motor vehicle insurance law, where it is licensed or principally garaged; or

**(b)**  The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment"; or

. . .

CG TT 00 02 1 as modified by CG D8 55 06 20

4.29  The 2021 – 2022 and 2022- 2023 Ocean Marine CGL policies contain the

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 35
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 35 of 132

following damage to property exclusion:

**j.    Damage to Property**

"Property damage" to:

. . .

**(2)**    Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

. . .

**(4)**    Personal property in the care, custody or control of the insured;

**(5)**    That particular part of real property on which you or any contractor or subcontractor working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)**    That particular part of any property must be restored, repaired or replaced because "your work" was incorrectly performed on it.

This exclusion also applies to "property damage" to that particular part of any property that must be restored, repaired or replaced because it was faultily designed, including any expenditure incurred by reason of a betterment or alteration in design to such property.

CG T1 00 02 19 as modified by CG DB 57 01 20.

4.30    The 2021 – 2022 and 2022- 2023 Ocean Marine CGL policies contain the following damage to your work exclusion:

**l.    Damage to Your Work**

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 36
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 36 of 132

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

CG T1 00 02 19

4.31 The 2021 – 2022 and 2022- 2023 Ocean Marine CGL policies contain the following damage to impaired property or property not physically injured exclusion:

**m.   Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)**   A defect, deficiency, inadequacy or dangerous condition in "your product" of "your work"; or

**(2)**   A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

4.32 The 2021 – 2022 and 2022- 2023 Ocean Marine CGL policies contain the following Marine Contractor's Legal Liability provision:

This endorsement modifies insurance provided under the following:

COMMERCIAL      GENERAL      LIABILITY COVERAGE PART

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 37
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG     Document 1     Filed 11/13/23     Page 37 of 132

**GENERAL DESCRIPTION OF COVERAGE** – This endorsement broadens coverage. However, coverage for any damage described in any of the provisions of this endorsement may be excluded or limited by another endorsement to this Coverage Part, and these coverage broadening provisions do not apply to the extent that coverage is excluded or limited by such an endorsement. Read all the provisions of this endorsement and the rest of your policy carefully to determine rights, duties, and what is and is not covered.

. . .

**PROVISIONS**

1.  The following is added to **SECTION I – COVERAGES**:

    **MARINE LEGAL LIABILITY COVERAGE**

    1.  **Insuring Agreement**

        a.  We will pay those sums that the insured becomes legally obligated to pay as damages or "wreck removal costs" because of "maritime operations property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages or "wreck removal costs". However, we will have no duty to defend the insured against any "suit" seeking damages or "wreck removal costs" for "maritime operations property damage" to which this insurance does not apply.

            When we defend a "suit" against an insured, we will pay reasonable "defense expenses". Payment of such "defense expenses" will reduce the available Defense Expenses Limit, which is

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 38
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG     Document 1     Filed 11/13/23     Page 38 of 132

included in, and is not in addition to, the General Aggregate Limit or the Product Completed Operations Aggregate Limit, whichever applies.

We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages, "wreck removal costs" and "defense expenses" is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of:

**(a)** Judgments, settlements or "defense expenses" under Coverages **A**, **B**, the **Marine Legal Liability Coverage** or any other coverage added by endorsement to this Coverage Part; or

**(b)** Medical expenses under Coverage **C**.

For the purposes of **Marine Legal Liability Coverage** :

**(a)** A governmental ruling or order, or statute, rule or law that has imposed liability for "wreck removal costs" will be deemed to be a judgment.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 39
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 39 of 132

**(b)** Payment of Sue And Labor Expenses will be deemed a settlement.

We will have no other obligation or liability to pay sums or perform acts or services unless explicitly provided for under Supplementary Payments.

**b.** This insurance applies to "maritime operations property damage" only if:

**(1)** The "maritime operations property damage" is caused by an "occurrence";

**(2)** The "maritime operations property damage" occurs:

**(a)** At a "scheduled premises"; or

**(b)** Within the United States or Canada, or offshore within 12 nautical miles of the United States or Canada, if such property is being shifted or moved by land or water in connection with your "maritime operations";

**(3)** The "maritime operations property damage" occurs during the policy period; and

**(4)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 40
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 40 of 132

"occurrence" or claim knew that the "maritime operations property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "maritime operations property damage" occurred, then any continuation, change or resumption of such "maritime operations property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Maritime operations property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "maritime operations property damage" after the end of the policy period.

**d.** "Maritime operations property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "maritime operations property damage" to us or any other insurer;

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 41
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG   Document 1   Filed 11/13/23   Page 41 of 132

**(2)** Receives a written or verbal demand or claim for damages because of the "maritime operations property damage"; or

**(3)** Becomes aware by any other means that "maritime operations property damage" has occurred or has begun to occur.

CG D8 56 09 20 as modified by CG DB 57 01 20.

4.33 The 2021 – 2022 and 2022- 2023 Ocean Marine CGL Policies contains the following exclusions applicable to the Marine Contractor's General Liability provision:

**2. Exclusions**

This insurance does not apply to:

**a. Watercraft**

"Maritime operations property damage" arising out of the navigation or operation of any watercraft owned by, chartered to, or used for rental or chartering purposes by you or any affiliated or subsidiary organization, including any damages for collision liability, tower's liability, or liabilities insured under the customary forms of hull and machinery or protection and indemnity policies.

**b. Disposal Costs**

Damages claimed for any loss, cost or expense incurred by you or others to dispose of any structures, salved watercraft or parts thereof, including scuttling.

. . .

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 42
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 42 of 132

e.   **Consequential Losses**

Damages claimed for any delay, loss of time, loss of use, loss of market, loss of market value, loss of charter or any other consequential loss, including demurrage or time delay penalties. This exclusion only applies if the "maritime operations" are marine construction, salvage, marine manufacturing or warehouse operator.

f.   **Criminal, Dishonest, Fraudulent Or Malicious Acts**

"Maritime operations property damage" arising out of any criminal, dishonest, fraudulent, or malicious act committed:

**(1)**   By the insured; or

**(2)**   With consent or knowledge of the insured;

whether or not occurring during the hours of employment.

This exclusion does not apply to our duty to defend that insured until it has been determined or admitted in a legal proceeding that such act was committed:

**(1)**   By that insured; or

**(2)**   With the consent or knowledge of that insured

. . .

h.   **Coverage A Exclusions**

"Property damage" excluded under Coverage **A**, except:

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 43
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 43 of 132

(1)     The watercraft part of Exclusion **g.,
        Aircraft, Auto Or Watercraft,** does not
        apply to "insured watercraft"; and

(2)     Paragraph **(4)** of Exclusion **j.**, **Damage
        To Property**, does not apply to coverage
        provided by **Marine Legal Liability
        Coverage.**

CG D8 56 09 20

4.34    The 2021 – 2022 and 2022 – 2023 Ocean Marine CGL policies contain the

Marine Legal Liability provision which contains the following definitions relevant to the

above referenced provisions:

"Insured watercraft"

**a.**      Means:

(1)     Watercraft of others, including watercraft
        of a "specified additional insured", that is
        in the care, custody or control of an
        insured, other than the "specified
        additional insured", for purposes of your
        "maritime operations"; or

(2)     Watercraft that is "your product" or "your
        work", other than products that are still in
        your physical possession or work that has
        not yet been completed or abandoned.

Does not include any watercraft that is owned by,
chartered by or to, or rented or loaned to, any
insured, other than a "specified additional
insured".

"Maritime operations" means the operations
shown in the Schedule – Maritime Operations.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 44
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG     Document 1     Filed 11/13/23     Page 44 of 132

"Maritime operations property damage":

**a.** Means the following "property damage" that arises out of your "maritime operations":

**(1)** "Property damage" to property of others that is:

**(a)** Watercraft and the equipment, cargo, freight and other property on board such watercraft, other than property described in a.(2) below, while such property is in the insured's care, custody or control for purposes of your "maritime operations", including while such property is temporarily removed from the watercraft for the sole purpose of repair or alteration performed by you or on your behalf;

**(b)** Docks, piers, wharves, breakwaters, bridges and other marine structures while such property is in the insured's care, custody or control for purposes of your "maritime operations"; or

**(c)** In the insured's care, custody or control and being loaded or unloaded by the insured for purposes of your "maritime operations";

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 45
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG     Document 1     Filed 11/13/23     Page 45 of 132

**(2)** "Property damage" to watercraft of others while such watercraft is in the care, custody or control of the insured and is afloat:

    **(a)** Being navigated or operated by or on behalf of an insured; or

    **(b)** In tow of a watercraft not owned by or chartered by or to any insured; via waters in connection with your "maritime operations", but only if such watercraft is being navigated, operated or towed by a person who possesses a license as required by the United States Coast Guard or any other applicable regulatory authority to perform the duties being carried out by such person; or

**(3)** "Property damage" to property of others arising out of the custodianship of watercraft described in Paragraphs **(1)** or **(2)** above.

**b.** Does not include "property damage" arising out of the navigation or operation of any watercraft by any person who does not possess a license as required by the United States Coast Guard or any other applicable regulatory authority to perform the duties being carried out by such person.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 46
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 46 of 132

"Scheduled premises" means any premises shown in the Schedule – Designated Premises, including adjacent moorings.

"Specified additional insured" means the owner or lessee of real property or "insured watercraft" that has been added to your Commercial General Liability Coverage Part as an additional insured with respect to your ongoing operations for that additional insured at that real property or at or on an "insured watercraft".

"Wreck removal costs":

**a.**    Means loss, costs or expenses for, or incidental to, the removal of wreck of watercraft described in Paragraph a.(1) or a.(2) of the definition of "maritime operations property damage", including other interests on board such watercraft, when such removal is compulsory by law. However, such "wreck removal costs" will be reduced by the net proceeds of salvage that may inure to your benefit.

**b.**    Does not include any loss, cost or expense arising out of any:

**(1)**    Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)**    Claim or suit by or on behalf of any governmental authority or any other person or organization because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 47
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 47 of 132

**9.** The following is added to the definition of "occurrence" in the **DEFINITIONS** Section, but only for the purposes of **Marine Legal Liability Coverage**:

"Occurrence" also means an act or omission committed in the performance of your "maritime operations".

**10.** The following replaces the definition of "insured contract" in the **DEFINITIONS** Section, but only for the purposes of **Marine Legal Liability Coverage**:

"Insured contract" means an oral or written contract or agreement you enter into that pertains to your business. But "insured contract" does not include:

**a.** That part of any contract or agreement that indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing, other than a sidetrack agreement;

**b.** That part of any contract or agreement that indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(1)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, drawings, designs and specifications; or

**(2)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage;

**c.** That part of any contract or agreement under which you, if you are an architect, engineer or surveyor, assume liability for an injury or

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 48
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 48 of 132

damage arising out of your rendering or failing to render professional services, including those listed in b. above and supervisory, inspection, architectural or engineering activities;

**d.** That part of any contract or agreement under which you agree to indemnify any person or organization for breach of contract for delivery of "your work" or "your product" on time;

**e.** Any obligation for which you may be held liable in an action by a third-party beneficiary for "bodily injury" or "property damage" arising out of a project for a public authority, other than an action by the public authority or any other person or organization engaged in the project;

**f.** Any warranty or representation that you make as to the fitness, quality, durability, performance or use of your products or

CG D8 56 09 20

4.35 The 2021 – 2022 and 2022 – 2023 Ocean Marine CGL Policies contain the following provision regarding limits of insurance:

**SECTION III - LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 49
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 49 of 132

for the sum of:

   **a.**   Medical expenses under Coverage **C**;

   **b.**   Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   **c.**   Damages under Coverage **B**.

**3.**   The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products- completed operations hazard".

. . .

**5.**   Subject to Paragraph **2**. or **3**. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   **a.**   Damages under Coverage **A**; and

   **b.**   Medical expenses under Coverage **C**;

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

For the purposes of determining the applicable Each Occurrence Limit, all related acts or omissions committed in providing or failing to provide first aid or "Good Samaritan services" to any one person will be deemed to be one "occurrence".

. . .

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 50
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG     Document 1     Filed 11/13/23     Page 50 of 132

period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

CG T1 00 02 19

4.36    The 2021 – 2022 and 2022 – 2023 Ocean Marine CGL Policies contain the following provision regarding duties in the event of occurrence, offense, claim or suit:

**2.      Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.**      You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)**      How, when and where the "occurrence" or offense took place;

**(2)**      The names and addresses of any injured persons and witnesses; and

**(3)**      The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.**      If a claim is made or "suit" is brought against any insured, you must:

**(1)**      Immediately record the specifics of the claim or "suit" and the date received; and

**(2)**      Notify us as soon as practicable. You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 51
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 51 of 132

**c.**  You and any other involved insured must:

**(1)**  Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)**  Authorize us to obtain records and other information;

**(3)**  Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)**  Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.**  No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

CG T1 00 02 19.

    4.37   The 2021 – 2022 and 2022 – 2023 Ocean Marine CGL Policies contain the

following provision regarding other insurance:

**4.**    **Other Insurance**

If valid and collectible other insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as described in Paragraphs **a**. and **b**. below.

As used anywhere in this Coverage Part, other insurance means insurance, or the funding of losses, that is

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 52
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P.: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG   Document 1   Filed 11/13/23   Page 52 of 132

provided by, through or on behalf of:

**(i)** Another insurance company;

**(ii)** Us or any of our affiliated insurance companies, except when the Non cumulation of Each Occurrence Limit provision of Paragraph 5. of Section III - Limits Of Insurance or the Non cumulation of Personal and Advertising Injury Limit provision of Paragraph 4. of Section III - Limits of Insurance applies because the Amendment - Non Cumulation Of Each Occurrence Limit Of Liability And Non Cumulation Of Personal And Advertising Injury Limit endorsement is included in this policy;

**(iii)** Any risk retention group; or

**(iv)** Any self-insurance method or program, in which case the insured will be deemed to be the provider of other insurance.

Other insurance does not include umbrella insurance, or excess insurance, that was bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

As used anywhere in this Coverage Part, other insurer means a provider of other insurance. As used in Paragraph **c**. below, insurer means a provider of insurance.

**a.** **Primary Insurance**

This insurance is primary except when Paragraph b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph c. below,

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 53
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 53 of 132

except when Paragraph d. below applies.

**b.** **Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is insurance for "premises damage";

**(iii)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to any exclusion in this Coverage Part that applies to aircraft, "autos" or watercraft;

**(iv)** That is insurance available to a premises owner, manager or lessor that qualifies as an insured under Paragraph 4. of Section II - Who Is

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 54
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 54 of 132

An Insured, except when Paragraph d. below applies; or

**(v)** That is insurance available to an equipment lessor that qualifies as an insured under Paragraph **5.** Of Section **III –** Who Is An Insured, except when Paragraph **d.** below applies

**(b)** Any of the other insurance, whether primary, excess, contingent or on any other basis, that is available to the insured when the insured is an additional insured, or is any other insured that does not qualify as a named insured, under such other insurance.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 55
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 55 of 132

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c.** **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**d.** **Primary And Non-Contributory Insurance If Required By Written**

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 56
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG     Document 1     Filed 11/13/23     Page 56 of 132

**Contract**

If you specifically agree in a written contract or agreement that the insurance afforded to an insured under this Coverage Part must apply on a primary basis, or a primary and non-contributory basis, this insurance is primary to other insurance that is available to such insured which covers such insured as a named insured, and we will not share with that other insurance, provided that:

(1) The "bodily injury" or "property damage" for which coverage is sought occurs; and

(2) The "personal and advertising injury" for which coverage is sought is caused by an offense that is committed; subsequent to the signing of that contract or agreement by you.

CG T1 00 02 19

4.38    The 2021 – 2022 and 2022 – 2023 Ocean Marine CGL Policies contain the following Alaska Department of Commerce and Economic Development Division of Insurance Attorney Fees Coverage Notice:

**IMPORTANT NOTICE – ALASKA DEPARTMENT OF COMMERCE AND ECONOMIC DEVELOPMENT DIVISION OF INSURANCE ATTORNEY FEES COVERAGE NOTICE A**

**THIS POLICY LIMITS COVERAGE FOR ATTORNEY FEES UNDER ALASKA RULE OF CIVIL PROCEDURE 82**

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 57
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 57 of 132

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

In any suit in Alaska in which a right or duty to defend an insured in addition to the limits of liability, our obligation under the applicable coverage to pay attorney's fees taxable as costs against the Insured is limited as follows:

Alaska Rule of Civil Procedure 82 provides that if you are held liable, some or all of the attorney fees of the person making a claim against you must be paid by you. The amount that must be paid by you is determined by Alaska Rule of Civil Procedure 82. We provide coverage for attorney fees for which you are liable under Alaska Rule of Civil Procedure 82 subject to the following limitation:

> We will not pay that portion of any attorney's fees that is in excess of fees calculated by applying the schedule for contested cases in Alaska Rule of Civil Procedure 82(b)(1) to the limit of liability of the applicable coverage.

This limitation means the potential costs that may be awarded against you as attorney fees may not be covered in full. You will have to pay any attorney fees not covered directly.

For example, the attorney fees provided by the schedule for contested cases in Alaska Rule of Civil Procedure 82(b)(1) are:

> 20% of the first $25,000 of a judgment;

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 58
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 58 of 132

10% of the amounts over $25,000 of a judgment.

Therefore, if a court awards a judgment against you in the amount of $125,000, in addition to that amount you would be liable under Alaska Rule of Civil Procedure 82(b)(1) for attorney fees of $15,000, calculated as follows:

|  |  |  |  |
|---|---|---|---|
| | 20% of $25,000 | | $5,000 |
| | 10% of $100,000 | | $10,000 |
| Total Award $125,000 | | Total Attorney Fees $15,000 | |

If the limit of liability of the applicable coverage is $100,000, we would pay $100,000 of the $125,000 award, and $12,500 for Alaska Rule of Civil Procedure 82(b)(1) attorney fees, calculated as follows:

|  |  |
|---|---|
| 20% of $25,000 | $5,000 |
| 10% of $75,000 | $7,500 |

Total Limit of Liability    $100,000    Total Attorney Fees Covered $12,500

You would be liable to pay, directly and without our assistance, the remaining $25,000 in liability plus the remaining $2,500 for attorney fees under Alaska Rule of Civil Procedure 82 not covered by this policy.

PN T5 71 02 09

4.39    The 2021 – 2022 and 2022 – 2023 Ocean Marine CGL Policies contain an endorsement entitled Amendment – Non Cumulation Of Each Occurrence Limit Of Liability And Non Cumulation Of Personal And Advertising Injury Limit, which states:

This endorsement modifies insurance provided under the following:

COMMERCIAL        GENERAL        LIABILITY COVERAGE PART

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 59
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 59 of 132

1. Paragraph 5 of SECTION III – LIMITS OF INSURANCE, is amended to include the following:

   Non cumulation of Each Occurrence Limit – If one "occurrence" causes "bodily injury" and/or "property damage" during the policy period and during the policy period of one or more prior and/or future policies that include a commercial general liability coverage part for the insured issued by us or any affiliated insurance company, the amount we will pay is limited. This policy's Each Occurrence Limit will be reduced by the amount of each payment made by us and any affiliated insurance company under the other policies because of such "occurrence."

C D2 03 12 97

*The 2020 – 21, 2021 – 22, and 2022 – 23 Bumbershoot Excess Follow-Form and Umbrella Liability Policies*

4.40 The 2020 -21, Bumbershoot Excess Follow-Form and Umbrella Liability

Policy contain the following insuring agreement:

I. **INSURING AGREEMENT**

A. **COVERAGE**

*This Policy Shall provide coverage for all sums which the Insured shall become legally obligated to pay for:*

. . .

**(3)** All other sums which the Insured shall become legally liable to pay or by contract or agreement become liable to pay as damages of whatsoever nature, on account of "bodily injury" or "property damage";

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 60
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 60 of 132

. . . .

caused by an "occurrence" happening, or an offense committed, during the policy period anywhere in the world, except for any country or jurisdiction which is subject to any trade sanction, embargo or similar regulation imposed by the United States of America that prohibits the transaction of business with or within such country or jurisdiction.

**B.  LIMIT OF LIABILITY**

This Company will pay on behalf of the Insured the "Ultimate Net Loss" in excess of either:

**(1)**  The amount(s) of the limit(s) set out in the underlying insurance identified in the attached "Schedule of Underlying Insurances" (with respect to general average, salvage, salvage charges, and sue and labor expenses, the sum(s) of said expenses actually insured by the underlying policies shall be deemed the amount(s) of the limit(s) of said underlying policies);

**(2)**  The Self Insured Retention as set forth in the Declaration in respect of each "occurrence" or offense not covered by said underlying insurances;

(all hereinafter called the "Underlying limits), up to the Limit of Liability as set forth in the Declaration in respect to each "occurrence" or offense.

Should any of the underlying coverages listed in the "Schedule of Underlying Insurance" be subject to an "annual aggregate limit", then the Policy shall also be subject to any "annual

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 61
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 61 of 132

aggregate limit" equal to the Limit of Liability as shown in the Declaration, as respects those coverages.

In the event of the reduction or exhaustion of the "annual aggregate limit" contained in any of the underlying coverage listed in the "Schedule of Underlying Insurances" solely by reason of the payment of losses and/or expense in respect of "occurrences" which take place, or offenses committed, during the period of this Policy, this Policy shall apply, subject to the terms and conditions of the underlying insurance and limitations, terms, exclusions, conditions and endorsements set forth in this Policy, in excess of the reduced underlying limit, or if such limit is exhausted, as underlying insurance.

In the event that a loss is covered by more than one Policy listed in the "Schedule of Underlying Insurances", the coverage provided by this Policy shall be excess of the total available limits in the underlying insurances.

The inclusion hereunder of more than one Insured shall not operate to increase this Company's limit of liability.

OMBU0002 (1-12)

4.41    The 2020 – 2021 Bumbershoot Excess Follow-Form and Umbrella Liability Policy identifies the 2020 – 2021 Marine General Liability policy in the Schedule of Underlying Insurance.  The 2020 – 2021 Bumbershoot Excess Follow-Form and Umbrella Liability Policy contains the following exclusions:

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 62
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 62 of 132

## II.    EXCLUSIONS

### A.    GENERAL EXCLUSIONS

This Policy shall not apply to any loss, damage, injury or expense arising out of:

...

**(8)    Expected or Intended by the Insured**

Except to the extent coverage is provided in the "Schedule of Underlying Insurances", and then only excess thereof, "bodily injury" or "property damage" expected or intended from the standpoint of any Insured.

**(9)    Failure of Insured's Products or Work**

Failure of an Insured's products, or work completed by or for an Insured, to perform the function or serve the purpose intended or warranted by the insured.

**(10)    Fines, Penalties, Punitive Damages**

Any fines, penalties, punitive damages, exemplary damages, or the portion of any multiplied damages award that exceeds the amount multiplied.

. . .

### B.    CONDITIONAL EXCLUSIONS

These Conditional Exclusions shall not apply to liability arising out of the Insured's activities involving ownership, charter, use, operations, maintenance, loading or unloading of, or as a bailee of, any watercraft not otherwise excluded or limited elsewhere in this Policy.

Unless coverage is provided for in an underlying policy

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 63
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 63 of 132

listed in the "Schedule of Underlying Insurances", and then this Policy shall only operate as excess thereof, this Policy shall not apply to any loss, damage, injury or expense arising out of:

. . . .

**(3)**    **Care, Custody and Control**

Property while in the care, custody or control of the Insured.

**(4)**    **Completed Operations**

The Insured's operations, if the "occurrence" takes place after such operations have been completed or abandoned and occurs away from premises owned, rented, or controlled by the Insured; provided that operations shall not be deemed incomplete because improperly or defectively performed or because further operations may be required pursuant to agreement; provided further that his paragraph shall not apply to the following Insured's operations:

**(a)**    pick-up or delivery, except form or onto a railroad car;

**(b)**    the maintenance of any "automobile" or "aircraft" owned or used by or on behalf of the Insured;

**(c)**    the existence of tools, uninstalled equipment and abandoned or unused materials.

**(5)**    **Contractual Liability**

Assumed under contract.

**(6)**    **Products Liability**

Goods or products manufactured, sold, handled,

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 64
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 64 of 132

distributed, or disposed of by the Insured, or by others trading under its name, if the "occurrence" occurs after possession of such goods or products has been relinquished to other by the Insured, or by others trading under its name, and if such "occurrence" occurs away from premises owned, rented, or controlled by the Insured.

OMB0002 (1-12)

4.42   The 2020 – 2021 Bumbershoot Excess Follow-Form and Umbrella Liability Policy contains the following general conditions:

### III      GENERAL CONDITIONS

. . . .

#### M.      NOTICE AND DUTIES IN THE EVENT OF CLAIM

Whenever the Insured has information from which it may reasonably be concluded that an "occurrence" or offense likely to involve this Policy has happened, notice shall be sent to this Company as soon as practicable.  Notice should include: how, when and where the "occurrence" or offense took place and the names and addresses of any injured persons and witnesses.

If a claim is made or "suit" is brough against any Insured which may result in a claim against this insurance, the Insured must give this Company prompt written notice of the claim or "suit".

However, the failure to notify this Company of any "occurrence" or offense which at the time of its happening did not appear to involve this Policy, but which at a later time would appear to

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 65
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG     Document 1     Filed 11/13/23     Page 65 of 132

give rise to claims hereunder, shall not prejudice such claims.

OMC0002 (1-12)

4.43    The 2020 – 2021 Bumbershoot Excess Follow-Form and Umbrella

Liability Policy contains the following relevant definitions:

**H.    OCCURRENCE**

The word occurrence, whenever used in this Policy, means an accident, including continuous or repeated exposure to substantially the same general harmful condition.

. . .

**K.    PROPERTY DAMAGE**

Property damage means:

(1)    Physical injury to tangible property, including all resulting loss of use of that property.  All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

(2)    Loss of use of tangible property that is not physically injured.  All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

. . .

**M.    SCHEDULE OF VESSELS**

The words Schedule of Vessels, whenever used in this Policy, mean those watercraft listed on the schedule attached to this Policy.

**N    SUIT**

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 66
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 66 of 132

Suit means a civil proceeding in which damages to which this insurance applies are alleged. Suit includes:

(1)     An arbitration proceeding in which such damages are claimed and to which the Insured must submit or does submit with our consent;

(2)     Any other alternative dispute resolution proceeding in which such damages are claimed and to which the Insured submits with our consent.

## O.     ULTIMATE NET LOSS

The terms Ultimate Net Loss, means the total sum which the Insured becomes obligated to pay by reason of matters set out in Section I. Insuring Agreement, A., Coverage, including compromise settlements, and shall include hospital, medical, and funeral charges and all sums paid as salaries, wages, compensation, fees, charges, and law costs, premiums on attachment or appeal bonds, interest, expenses for doctors, lawyers, nurses, and investigators and other persons, and for litigation, settlement, adjustment, and investigation of claims and "suits" which are paid as a consequence of any "occurrence" or offense covered hereunder, excluding however, the salaries of the Insured's regular officers and "employees" and general office overhead and also excluding any part of such expenses for which the Insured is covered by other valid and collectible insurance.

OMBU0002 (1-12)

4.44   2020 – 2021 Bumbershoot Excess Follow-Form and Umbrella Liability

Policy contains the following attorneys fees coverage notice:

This policy limits coverage for attorney fees under Alaska Rule of Civil Procedure 82.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 67
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F; (206) 467-5544

Case 1:23-cv-00014-SLG     Document 1     Filed 11/13/23     Page 67 of 132

In any suit in Alaska in which this Company has a right or duty to defend an Insured within the limits of liability, this Company's obligation under the applicable coverage to pay attorneys fees taxable as costs against the Insured is limited as follows:

Alaska Rule of Civil Procedure 82 provides that if the Insured is held liable, some or all of the attorney fees of the person making a claim against the Insured must be paid by the Insured. The amount that must be paid by the Insured is determined by Alaska Rule of Civil Procedure 82. This Company provides coverage for attorney fees for which the Insured is liable under Alaska Rule of Civil Procedure 82 subject to the following limitation:

**If the limit of liability of the applicable coverage is $1,000,000 or more, this Company will not pay any combination of judgment or claim settlement and attorney fees under Alaska Rule of Civil Procedure 82 that exceeds the limit of liability of the applicable coverage.**

**If the limit of liability of the applicable coverage is less than $1,000,000, this Company will not pay more than the greater of**

**(1) that portion of any attorney's fees that is calculated by applying the schedule for contested cases in Alaska Rule of Civil Procedure 82(b)(1) to the limit of liability of the applicable coverage; or**

**(2) $10,000**

*This limitation means the potential costs that may be awarded against the Insured as attorney fees may not be covered in full. The Insured will have to pay any attorney fees not covered directly.*

Example 1:

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 68
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 68 of 132

The attorney fees provided by the schedule for contested cases in Alaska Rule of Civil Procedure 82(b)(1) are:

20% of the first $25,000 of a judgment;

10% of the amounts over $25,000 of a judgment.

Therefore, if a court awards a judgment against the Insured in the amount of $1,250,000, in addition to that amount the Insured would be liable for attorney fees of $127,500 under Alaska Rule of Civil Procedure 82(b)(1), calculated as follows:

| 20% of | $25,000 | $5,000 |
| 10% of | $1,225,000 | $122,500 |

| Total Award: | $1,250,000 | Total |
| Attorney Fees: | $127,500 | |

 If the limit of liability of the applicable coverage is $1,000,000, this Company would pay $1,000,000 of the $1,250,000 award, less the costs incurred defending the Insured, and none of the attorney fees under Alaska Rule of Civil Procedure 82(b)(1). The Insured would be liable to pay, directly and without this Company's assistance, the remaining judgment in excess of the remaining policy limit plus the $127,500 attorney fees under Alaska Rule of Civil Procedure 82.

OMGE0102 Ed. 7-05

4.45   The 2021 – 22, and 2022 – 23 Bumbershoot Excess Follow-Form and Umbrella Liability Policies contain the following insuring agreement:

**EXCESS FOLLOW-FORM AND UMBRELLA
LIABILITY INSURANCE**

**THIS POLICY, IN PART, PROVIDES FOLLOW-FORM
LIABILITY COVERAGE. COVERAGE WILL APPLY
ON A CLAIMS-MADE BASIS WHEN FOLLOWING**

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 69
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG     Document 1     Filed 11/13/23     Page 69 of 132

**CLAIMS-MADE UNDERLYING INSURANCE.**

**COVERAGE WILL APPLY ON A DEFENSE-WITHIN-LIMITS BASIS WHEN FOLLOWING UNDERLYING INSURANCE UNDER WHICH DEFENSE EXPENSES ARE PAYABLE WITHIN, AND NOT IN ADDITION TO, THE LIMITS OF INSURANCE. WHEN FOLLOWING SUCH UNDERLYING INSURANCE, PAYMENT OF DEFENSE EXPENSES UNDER THIS POLICY WILL REDUCE, AND MAY EXHAUST, THE LIMITS OF INSURANCE OF THIS POLICY.**

**PLEASE READ THE ENTIRE POLICY CAREFULLY**

. . .

**SECTION I - COVERAGES**

**A.  COVERAGE A - EXCESS FOLLOW-FORM LIABILITY**

**1.**  We will pay on behalf of the insured those sums, in excess of the "applicable underlying limit", that the insured becomes legally obligated to pay as damages to which Coverage **A** of this insurance applies, provided that the "underlying insurance" would apply to such damages but for the exhaustion of its applicable limits of insurance. If a sublimit is specified in any "underlying insurance", Coverage **A** of this insurance applies to damages that are in excess of that sublimit only if such sublimit is shown for that "underlying insurance" in the Schedule Of Underlying Insurance.

**2.**  Coverage **A** of this insurance is subject to the same terms, conditions, agreements, exclusions and definitions as the "underlying insurance", except with respect to any provisions to the contrary contained in this insurance.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 70
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 70 of 132

**3.** The amount we will pay for damages is limited as described in **SECTION III - LIMITS OF INSURANCE.**

**4.** For the purposes of Paragraph 1. above:

**a.** The applicable limit of insurance stated for the policies of "underlying insurance" in the Schedule Of Underlying Insurance will be considered to be reduced or exhausted only by the following payments:

**(1)** Payments of judgments or settlements for damages that are covered by that "underlying insurance". However, if such "underlying insurance" has a policy period which differs from the policy period of this Excess Follow-Form And Umbrella Liability Insurance, any such payments for damages that would not be covered by this Excess Follow- Form And Umbrella Liability Insurance because of its different policy period will not reduce or exhaust the applicable limit of insurance stated for such "underlying insurance";

**(2)** Payments of "medical expenses" that are covered by that "underlying insurance" and are incurred for "bodily injury" caused by an accident that takes place during the policy period of this Excess Follow- Form And Umbrella Liability Insurance; or

**(3)** Payments of defense expenses that

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 71
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 71 of 132

are covered by that "underlying insurance", only if such "underlying insurance" includes such payments within the limits of insurance. However, if such "underlying insurance" has a policy period which differs from the policy period of this Excess Follow-Form And Umbrella Liability Insurance, any such payments for defense expenses that would not be covered by this Excess Follow-Form And Umbrella Liability Insurance because of its different policy period will not reduce or exhaust the applicable limit of insurance stated for such "underlying insurance".

If the applicable limit of insurance stated for the policies of "underlying insurance" in the Schedule Of Underlying Insurance is actually reduced or exhausted by other payments, Coverage **A** of this insurance is not invalidated. However, in the event of a loss, we will pay only to the extent that we would have paid had such limit not been actually reduced or exhausted by such other payments.

**b.** If any "underlying insurance" has a limit of insurance greater than the amount shown for that insurance in the Schedule of Underlying Insurance, this insurance will apply in excess of that greater amount. If any "underlying insurance" has a limit of insurance, prior to any reduction or exhaustion by payment of damages, "medical expenses" or defense expenses described in Paragraph **a**. above, that is

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 72
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG     Document 1     Filed 11/13/23     Page 72 of 132

less than the amount shown for that insurance in the Schedule Of Underlying Insurance, this insurance will apply in excess of the amount shown for such insurance in the Schedule Of Underlying Insurance.

5.    When the "underlying insurance" applies on a claims-made basis and includes a retroactive date provision, the retroactive date for Coverage **A** of this insurance is the same as the retroactive date of that "underlying insurance".

## B.    COVERAGE B – UMBRELLA LIABILITY

1.    We will pay on behalf of the insured those sums in excess of the "self-insured retention" that the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which Coverage **B** of this insurance applies.

2.    Coverage **B** of this insurance applies to "bodily injury" or "property damage" only if:

    a.    The "bodily injury" or "property damage" is caused by an "occurrence" that takes place anywhere in the world;

    b.    The "bodily injury" or "property damage" occurs during the policy period; and

    c.    Prior to the policy period, no insured listed under Paragraph **1**. in Paragraph **B.**, **COVERAGE B - UMBRELLA LIABILITY, of SECTION II - WHO IS AN INSURED** and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 73
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P.: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 73 of 132

damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, in whole or in part, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

. . .

**4.** The amount we will pay for damages is limited as described in **SECTION III - LIMITS OF INSURANCE.**

**5.** "Bodily injury" or "property damage":

    **a.** Which occurs during the policy period; and

    **b.** Which was not prior to, but was during, the policy period known to have occurred by any insured listed under Paragraph **1**. in Paragraph **B., COVERAGE B - UMBRELLA LIABILITY of SECTION II - WHO IS AN INSURED**, or any "employee" authorized by you to give notice of an "occurrence" or claim;

includes any continuation, change or resumption of the "bodily injury" or "property damage" after the end of the policy period.

. . .

**8.** Coverage **B** of this insurance does not apply to damages covered by any "underlying insurance" or that would have been covered by any "underlying insurance" but for the exhaustion of

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 74
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 74 of 132

its applicable limit of insurance.

EU 00 01 07 16

4.46    The 2021 - 2022 Bumbershoot Excess Follow-Form and Umbrella Liability Policy identifies the 2021 - 2022 Ocean Marine Commercial General Liability policy in the Schedule of Underlying Insurance.  The 2022 - 2023 Bumbershoot Excess Follow-Form and Umbrella Liability Policy identifies the 2022 - 2023 Ocean Marine Commercial General Liability policy in the Schedule of Underlying Insurance. The 2021 -22 and 2022 - 23 Bumbershoot Excess Follow-Form and Umbrella Liability Policies contain the following exclusions:

SECTION IV - EXCLUSIONS

This insurance does not apply to:

1.    **Expected Or Intended Bodily Injury Or Property Damage**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

2.    **Contractual Liability**

"Bodily injury", "property damage", "personal injury" or "advertising injury" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

. . .

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 75
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P.: (206) 467-5444 F.: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 75 of 132

**8. Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to a watercraft:

**a.**  While ashore on premises owned by or rented to any insured; or

**b.**  That is 50-feet long or less and that:

   **(1)**  You own; or

   **(2)**  You do not own and is not being used to carry any person or property for a charge.

...

**10. Damage To Property, Products Or Work**

"Property damage" to:

**a.**  Property you own, rent or occupy, including any costs or expenses incurred by you, or any other person or organization, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 76
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 76 of 132

injury to a person or damage to another's property;

**b.** Premises you sell, give away or abandon if the "property damage" arises out of any part of those premises;

**c.** Property loaned to you;

**d.** Personal property in the care, custody or control of the insured;

**e.** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations if the "property damage" arises out of those operations;

**f.** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it;

**g.** "Your product" arising out of "your product" or any part of it; or

**h.** "Your work" arising out of "your work" or any part of it and included in the "products-completed operations hazard".

**11. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property", or property that has not been physically injured, arising out of:

**a.** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**b.** A delay or failure by you, or anyone acting on your behalf, to fulfill the terms of a contract or

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 77
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 77 of 132

agreement.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**12.    Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**a.**     "Your product";

**b.**     "Your work"; or

**c.**     "Impaired property";

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

. . .

**20.    Breach Of Contract**

"Personal injury" or "advertising injury" arising out of a breach of contract.

**21.    Quality Or Performance Of Goods - Failure To Conform To Statements**

"Advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

EU 00 01 07 16

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 78
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 78 of 132

4.47 The 2021 - 22 and 2022 - 23 Bumbershoot Excess Follow-Form and Umbrella Liability Policies contain the following Conditions:

**F.** **DUTIES REGARDING AN EVENT, OCCURRENCE, CLAIM OR SUIT**

1. You must see to it that we are notified as soon as practicable of an "event" or "occurrence" which may result in a claim under this insurance. To the extent possible, notice should include:

   a. How, when and where the "event" or "occurrence" took place;

   b. The names and addresses of any persons or organizations sustaining injury, damage or loss, and the names and addresses of any witnesses; and

   c. The nature and location of any injury or damage arising out of the "event" or "occurrence".

2. If a claim is made or "suit" is brought against any insured which may result in a claim under this insurance, you must see to it that we receive written notice of the claim or "suit" as soon as practicable.

3. With respect to Coverage **A**, the insured must:

   a. Cooperate with us in the investigation, settlement or defense of any claim or "suit";

   b. Comply with the terms of the "underlying insurance"; and

   c. Pursue all rights of contribution or indemnity against any person or

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 79
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG     Document 1     Filed 11/13/23     Page 79 of 132

organization who may be liable to the insured because of the injury, damage or loss for which insurance is provided under this policy or any policy of "underlying insurance".

4. With respect to Coverage **B**, the insured must:

  a. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

  b. Authorize us to obtain necessary records and other information;

  c. Cooperate with us in the investigation, settlement or defense of any claim or "suit"; and

  d. Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which Coverage **B** may apply.

5. No insured will, except at that insured's own expense, voluntarily make a payment, assume any obligation, make any admission or incur any expense, other than for first aid for "bodily injury" covered by this insurance, without our consent.

. . .

K. **LEGAL ACTION AGAINST US**

1. No person or organization has a right under this insurance:

  a. To join us as a party or otherwise bring us

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 80
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 80 of 132

into a "suit" asking for damages from an insured; or

**b.** To sue us on this insurance unless all of its terms have been fully complied with.

**2**. A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured. We will not be liable for damages that:

**a.** Are not payable under the terms of this insurance; or

**b**. Are in excess of the applicable limit of insurance.

An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

. . .

## M.   OTHER INSURANCE

This insurance is excess over any valid and collectible "other insurance" whether such "other insurance" is stated to be primary, contributing, excess, contingent or otherwise. This provision does not apply to a policy bought specifically to apply as excess of this insurance.

However, if you specifically agree in a written contract or agreement that the insurance provided to any person or organization that qualifies as an insured under this insurance must apply on a primary basis, or a primary and non- contributory basis, then insurance provided under Coverage **A** is subject to the following provisions:

**1.** This insurance will apply before any "other

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 81
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 81 of 132

insurance" that is available to such additional insured which covers that person or organization as a named insured, and we will not share with that "other insurance", provided that the injury or damage for which coverage is sought is caused by an "event" that takes place or is committed subsequent to the signing of that contract or agreement by you.

2.    This insurance is still excess over any valid and collectible "other insurance", whether primary, excess, contingent or otherwise, which covers that person or organization as an additional insured or as any other insured that does not qualify as a named insured.

EU 00 01 07 16

4.48    The 2021 - 22 and 2022 - 23 Bumbershoot Excess Follow-Form and Umbrella Liability Policies contain the following relevant definitions:

**SECTION VI – DEFINITIONS**

A.    With respect to all coverages of this insurance:

. . .

7.    "Other insurance" means insurance, or the funding of losses, that is provided by, through or on behalf of:

a.    Another insurance company;

b.    Us or any of our affiliated insurance companies;

c.    Any risk retention group;

d.    Any self-insurance method or program, in which case the insured will be deemed to be the provider of such insurance; or

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 82
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 82 of 132

e.  Any similar risk transfer or risk management method.

"Other insurance" does not include:

a.  Any "underlying insurance"; or

b.  Any policy of insurance specifically purchased to be excess of the limits of insurance of this policy shown in the Declarations.

8.  "Products-completed operations hazard":

a.  Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1)  Products that are still in your physical possession; or

(2)  Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a)  When all the work called for in your contract has been completed;

(b)  When all the work to be done at the job site has been completed if your contract calls for work at more than one job site; or

(c)  When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project. Work that may need service,

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 83
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 83 of 132

maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b**. Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification listed in a policy of Commercial General Liability "underlying insurance" states that products-completed operations are subject to the General Aggregate Limit.

**9.** "Suit" means a civil proceeding which alleges damages. "Suit" includes:

**a.** An arbitration proceeding in which damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding to which the insured submits with our consent.

**10.** "Underlying insurance":

**a.** Means the policy or policies of insurance listed in the Schedule Of Underlying Insurance.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 84
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 84 of 132

**b.** Includes any renewal or replacement of such policies if such renewal or replacement is during the policy period of this Excess Follow-Form And Umbrella Liability Insurance.

**c.** Does not include any part of the policy period of any of the policies described in Paragraphs **a.** or **b.** above that began before, or that continues after, the policy period of this Excess Follow-Form And Umbrella Liability Insurance.

. . .

**B.** With respect to Coverage **B** and, to the extent that the following terms are not defined in the "underlying insurance", to Coverage **A**:

. . .

**10.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

. . .

**14.** "Occurrence" means:

**a.** With respect to "bodily injury" or "property

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 85
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 85 of 132

damage":

    **(1)**    An accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results in "bodily injury" or "property damage". All "bodily injury" or "property damage" caused by such exposure to substantially the same general harmful conditions will be deemed to be caused by one "occurrence"; or

. . .

**18.**    "Property damage" means:

    **a.**    Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use will be deemed to occur at the time of the physical injury that caused it; or

    **b.**    Loss of use of tangible property that is not physically injured. All such loss of use will be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, "electronic data" is not tangible property.

. . .

**25.**    "Your product":

    **a.**    Means:

    **(1)**    Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

        **(a)**    You;

        **(b)**    Others trading under your name; or

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 86
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG   Document 1   Filed 11/13/23   Page 86 of 132

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

. . .

**26.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 87
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 87 of 132

4.49    The 2021 - 22 and 2022 - 23 Bumbershoot Excess Follow-Form and Umbrella Liability Policies contain the following provision regarding limits of insurance:

A.    The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay for the amounts described below to which this insurance applies regardless of the number of:

1.    Insureds;

2.    Claims made or "suits" brought;

3.    Number of vehicles involved;

4.    Persons or organizations making claims or bringing "suits"; or

5.    Coverages provided under this insurance. As indicated in Paragraph **D.1**. of **SECTION I - COVERAGES**, for any "suit" for which we have the right and duty to defend the insured under Coverage **A**, defense expenses will be within the limits of insurance of this policy when such expenses are within the limits of insurance of the applicable "underlying insurance".

B.    The General Aggregate Limit is the most we will pay for the sum of all:

1.    Damages; and

2.    Defense expenses if such expenses are within the limits of insurance of this policy;

except:

1.    Damages and defense expenses because of "bodily injury" or "property damage" included in

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 88
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 88 of 132

the "auto hazard";

2. Damages and defense expenses because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; or

3. Damages and defense expenses for which insurance is provided under any Aircraft Liability coverage included as "underlying insurance" to which no aggregate limit applies.

C. The Products-Completed Operations Aggregate Limit is the most we will pay for the sum of all:

1. Damages; and

2. Defense expenses if such expenses are within the limits of insurance of this policy; because of "bodily injury" or "property damage" included in the "products- completed operations hazard".

D. Subject to Paragraph B. or C. above, whichever applies, the Occurrence Limit is the most we will pay for the sum of all:

1. Damages, and defense expenses if such expenses are within the limits of insurance of this policy, under Coverage A arising out of any one "event" to which the "underlying insurance" applies a limit of insurance that is separate from any aggregate limit of insurance; and

2. Damages under Coverage B because of all "bodily injury", "property damage", "personal injury" or "advertising injury" arising out of any one "occurrence".

. . .

F. The limits of insurance of this policy apply separately to each consecutive annual period and to any remaining

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 89
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 89 of 132

period of less than 12 months, starting with the beginning of the policy period shown in the Declarations. If the policy period is extended after issuance for an additional period of less than 12 months, the additional period will be deemed part of the last preceding period for purposes of determining the limits of insurance.

EU 00 01 07 16

4.50 The 2021 - 22 and 2022 - 23 Bumbershoot Excess Follow-Form and Umbrella Liability Policies contain the following endorsement regarding non cumulation of occurrence limit:

This endorsement modifies insurance provided under the following:

EXCESS FOLLOW-FORM AND UMBRELLA LIABILITY INSURANCE

**PROVISIONS**

1. The following is added to Paragraph **D.** of **SECTION III – LIMITS OF INSURANCE :**

   Non cumulation of Occurrence Limit – If the following arise out of any one "event":

   a. Damages, or defense expenses if such expenses are within the limits of insurance of this policy, to which this Excess Follow-Form And Umbrella Liability Insurance applies; and

   b. Damages to which Excess Follow-Form And Umbrella Liability Insurance, or any other umbrella or excess liability coverage, included in one or more prior or future policies issued to you by us, or any of our affiliated insurance companies, or defense expenses if such expenses

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 90
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 90 of 132

are within the limits of insurance of such policy, applies;

this policy's Occurrence Limit applicable to that "event" also will be reduced by the amount of each payment made for the damages and defense expenses described in Paragraph b. above by us or any of our affiliated insurance companies under, and within the applicable limit of insurance of, each such other policy. If a Non cumulation of Personal and Advertising Injury Limit or a Non cumulation of Each Occurrence Limit provision in any such prior policy refers to a **COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE** policy, this Excess Follow-Form And Umbrella Liability Insurance will be deemed to be a **COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE** policy for the purposes of each such provision.

2.      The following is added to the definition of "other insurance" in Paragraph **A**. of **SECTION VI – DEFINITIONS**:

"Other insurance" also does not include insurance that is provided by, through or on behalf of us or any of our affiliated insurance companies when the Non cumulation of Occurrence Limit provision of Paragraph **D**. of **SECTION III – LIMITS OF INSURANCE** applies.

3.      The following is added to Paragraph **4**. in Paragraph **A**., **COVERAGE A – EXCESS FOLLOW-FORM LIABILITY, of SECTION I – COVERAGES**:

For the purposes of Paragraph **a.(1)** above, payments of judgments or settlements for damages that would have been covered by "underlying insurance", but are not only because of an Amendment – Non Cumulation Of Each Occurrence Limit Of Liability and Non Cumulation Of Personal and Advertising Injury Limit endorsement in that "underlying insurance" will be

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 91
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG     Document 1     Filed 11/13/23     Page 91 of 132

deemed to be payments of judgments or settlements for damages that are covered by that "underlying insurance".

For the purposes of Paragraph **a.(3)** above, payments of defense expenses that would have been covered by that "underlying insurance", but are not only because of an Amendment – Non Cumulation Of Each Occurrence Limit Of Liability and Non Cumulation Of Personal and Advertising Injury Limit endorsement in that "underlying insurance" will be deemed to be payments of defense expenses that are covered by that "underlying insurance".

EU 03 46 08 18

4.51    The 2021 - 22 and 2022 - 23 Bumbershoot Excess Follow-Form and Umbrella Liability Policies contain the following attorney fees coverage notice:

## THIS POLICY LIMITS COVERAGE FOR ATTORNEY FEES UNDER ALASKA RULE OF CIVIL PROCEDURE 82

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

In any suit in Alaska in which a right or duty to defend an insured within the limits of liability, our obligation under the applicable coverage to pay attorney fees taxable as costs against the Insured is limited as follows:

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 92
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P.: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 92 of 132

Alaska Rule of Civil Procedure 82 provides that if you are held liable, some or all of the attorney fees of the person making a claim against you must be paid by you. The amount that must be paid by you is determined by Alaska Rule of Civil Procedure 82. We provide coverage for attorney fees for which you are liable under Alaska Rule of Civil Procedure 82 subject to the following limitation:

If the limit of liability of the applicable coverage is $1,000,000 or more, we will not pay any combination of judgment or claim settlement and attorney fees under Alaska Rule of Civil Procedure 82 that exceeds the limit of liability of the applicable coverage.

If the limit of liability of the applicable coverage is less than $1,000,000, we will not pay more than the greater of :

1)      That portion of any attorney's fees that is calculated by applying the schedule for contested cases in Alaska Rule of Civil Procedure 82(b)(1) to the limit of liability of the applicable coverage; or

2)       $10,000.

This limitation means the potential costs that may be awarded against you as attorney fees may not be covered in full. You will have to pay any attorney fees not covered directly.

Example 1:

The attorney fees provided by the schedule for contested case s in Alaska Rule of Civil Procedure 82(b)(1) are:

20% of the first $25,000 of a judgment;

10% of the amounts over $25,000 of a judgment.

Therefore, if a court awards a judgment against you in the amount of $1,250,000, in addition to that amount you would be liable for attorney fees of $127,500 under Alaska Rule of

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 93
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG     Document 1     Filed 11/13/23     Page 93 of 132

Civil Procedure 82(b)(1), calculated as follows:

20% of $25,000 $5,000

10% of $1,225,000 $122,500

Total Award $1,250,000 Total Attorneys Fees $127,500

If the limit of liability of the applicable coverage is $1,000,000, we would pay $1,000,000 of the $1,250,000 award, less the costs incurred defending you, and none of the attorney fees under Alaska Rule of Civil Procedure 82(b)(1).

You would be liable to pay, directly and without our assistance, the remaining judgment in excess of the remaining policy limit plus the $127,500 attorney fees under Alaska Rule of Civil Procedure 82.

PN T5 55 11 22

## V.     TRAVELERS CONTENDS THERE IS NO INDEMNITY OR DEFENSE COVERAGE UNDER THE POLICIES

5.1     Travelers Property Casualty Company of America incorporates paragraphs 1.1 – 4.51 the same as though fully stated herein.

5.2     The 2020 – 2021 Marine General Liability Policy provides coverage for covered "property damage" which takes place during the policy period, and which is caused by an "occurrence".

5.3     There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for covered "property damage" as that term is defined and subject to the relevant exclusions.

5.4     There is an actual and justiciable controversy as to whether the claims

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 94
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG     Document 1     Filed 11/13/23     Page 94 of 132

against Tamico involve damages for covered "property damage" which took place during the policy period.

5.5    There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for covered "property damage" caused by an "occurrence".

5.6    The 2020 – 2021 Marine General Liability Policy expressly precludes coverage for "property damage" that is expected or intended from the standpoint of the insured.

5.7    There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for "property damage" that is expected or intended from the standpoint of the insured.

5.8    The 2020 – 2021 Marine General Liability Policy expressly precludes coverage for "property damage" an insured is obligated to pay as damages by reason of assumption of liability in a contract, unless the insured would have such liability in the absence of the agreement, or the liability is assumed in an "insured contract".

5.9    There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for "property damage" an insured is obligated to pay as damages by reason of assumption of liability in a contract.

5.10    The 2020 – 2021 Marine General Liability Policy expressly precludes expressly preclude coverage for "property damage" arising out of the ownership or operation of any watercraft.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 95
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG   Document 1   Filed 11/13/23   Page 95 of 132

5.11   There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for "property damage" arising out of the ownership or operation of any watercraft.

5.12   The 2020 – 2021 Marine General Liability Policy expressly precludes coverage for any loss, cost or expense incurred by any insured, or others, for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of the "insured's product," work completed by or for the insured, or "impaired property," as those terms are defined by the 2020 – 2021 Marine General Liability Policy.

5.13   There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for any loss, cost or expense incurred by any insured, or others, for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of the "insured's product," work completed by or for the insured, or "impaired property," as those terms are defined by the 2020 – 2021 Marine General Liability Policy.

5.14   The 2020 – 2021 Marine General Liability Policy expressly precludes coverage for "property damage" to "impaired property" or property that has not been physically injured, arising out of a defect, deficiency, inadequacy or dangerous condition in the "insured's product" or the "insured's work" or a delay or failure by the insured or anyone acting on the insured's behalf to perform a contract or agreement in accordance with its terms, as those terms are defined by the Policies.

5.15   There is an actual and justiciable controversy as to whether the claims

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 96
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 96 of 132

against Tamico involve "property damage" to "impaired property" or property that has not been physically injured, arising out of a defect, deficiency, inadequacy or dangerous condition in the "insured's product" or the "insured's work" or a delay or failure by the insured or anyone acting on the insured's behalf to perform a contract or agreement in accordance with its terms, as those terms are defined by the Policies.

5.16    The 2020 – 2021 Marine General Liability Policy expressly precludes coverage for "property damage" to the "insured's products" arising out of such products or any part of such products as those terms are defined by the 2020 – 2021 Marine General Liability Policy.

5.17    There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for "property damage" to the "insured's products" arising out of such products or any part of such products.

5.18    The 2020 – 2021 Marine General Liability Policy expressly precludes coverage for "property damage" to work performed by or on behalf of the insured arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith as those terms are defined by the 2020 – 2021 Marine General Liability Policy.

5.19    There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for "property damage" to work performed by or on behalf of the insured arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith as those terms are defined by the 2020 – 2021

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 97
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 97 of 132

Marine General Liability Policy.

5.20    The 2020 – 2021 Marine General Liability Policy expressly precludes coverage for "property damage" to that particular part of real property on which the insured or any contractors or subcontractors working directly or indirectly on the insured's behalf are performing operations, if the "property damage" arises out of those operations.

5.21    There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for "property damage" to that particular part of real property on which the insured or any contractors or subcontractors working directly or indirectly on the insured's behalf are performing operations, if the "property damage" arises out of those operations, as those terms are defined by the Policies.

5.22    The 2020 – 2021 Marine General Liability Policy expressly precludes expressly preclude coverage for "property damage" to that particular part of any property that must be restored, repaired or replaced because the "insured's work" was incorrectly performed on it, as those terms are defined by the Policies.

5.23    There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for "property damage" to that particular part of any property that must be restored, repaired or replaced because the "insured's work" was incorrectly performed on it, as those terms are defined by the 2020 – 2021 Marine General Liability Policy.

5.24    The 2020 – 2021 Marine General Liability Policy expressly precludes coverage for "property damage" to premises sold, given away, or abandoned by Tamico,

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 98
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 98 of 132

if the "property damage" arises out of any part of those premises, as that term is defined by the Policies.

5.25    There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for "property damage" to premises sold, given away, or abandoned by Tamico, and whether the "property damage" arises out of any part of those premises, as that term is defined by the Policies.

5.26    The 2020 – 2021 Marine General Liability Policy expressly precludes coverage for "property damage" to personal property in the care, custody, or control of Tamico.

5.27    There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for "property damage" to personal property in the care, custody, or control of Tamico.

5.28    The 2020 – 2021 Marine General Liability Policy expressly precludes coverage for any liability for fines, penalties, punitive damages, exemplary damages, or the portion of any multiplied damages award that exceeds the amount multiplied.

5.29    There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for any liability for fines, penalties, punitive damages, exemplary damages, or the portion of any multiplied damages award that exceeds the amount multiplied.

5.30    The 2020 – 2021 Marine General Liability Policy expressly precludes coverage for any liability for loss, injury, damage or expense arising out of fraud,

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 99
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG     Document 1     Filed 11/13/23     Page 99 of 132

infidelity, dishonesty, and/or criminal acts of any insured or any representative or "employee" of an insured committed individually or in collusion with others as that term is defined by the 2020 – 2021 Marine General Liability Policy.

5.31    There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for any liability for loss, injury, damage or expense arising out of fraud, infidelity, dishonesty, and/or criminal acts of any insured or any representative or "employee" of an insured committed individually or in collusion with others as that term is defined by the 2020 – 2021 Marine General Liability Policy.

5.32    The 2020 – 2021 Marine General Liability Policy expressly precludes coverage for any liability for loss, injury, damage or expense arising out of any actual or alleged breach of, or non-compliance with, a contract or agreement.

5.33    There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for any liability for loss, injury, damage or expense arising out of any actual or alleged breach of, or non-compliance with, a contract or agreement.

5.34    The 2020 – 2021 Marine General Liability Policy contains a Marine Contractor's Legal Liability provision which provides coverage for damages an insured is legally obligated to pay, by reason of liability as a Marine Contractor, for "property damage" to docks, piers, wharves, breakwaters, bridges, and other marine structures, occurring while such property is in the care, custody or control of the insured for the purpose of repair or alteration as that term is defined by the 2020 – 2021 Marine

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 100
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG     Document 1     Filed 11/13/23     Page 100 of 132

Contractor's Legal Liability provision.

5.35    There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for "property damage" to docks, piers, wharves, breakwaters, bridges, and other marine structures, occurring while such property is in the care, custody or control of the insured for the purpose of repair or alteration.

5.36    The 2020 – 2021 Marine General Liability Policy contains a Marine Contractor's Legal Liability provision which provides coverage for damages an insured is legally obligated to pay, by reason of liability as a Marine Contractor, for "property damage" to watercraft and the equipment, cargo, and other interests on board, occurring while such watercraft is in the care, custody or control of the insured during salvage or other similar operations.

5.37    There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for "property damage" to watercraft and the equipment, cargo, and other interests on board, occurring while such watercraft is in the care, custody or control of the insured during salvage or other similar operations.

5.38    The 2020 – 2021 Marine General Liability Policy contains a Marine Contractor's Legal Liability provision which provides coverage for damages an insured is legally obligated to pay, by reason of liability as a Marine Contractor, for "property damage" to equipment or other interests of a marine structure or a watercraft insured while such items are temporarily removed from the structure or watercraft for the sole purpose of repair or alteration performed by or on behalf of the Named Insured, including while in

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 101
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 101 of 132

transit to and from such location(s).

5.39    There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for "property damage" to equipment or other interests of a marine structure or a watercraft while such items are temporarily removed from the structure or watercraft for the sole purpose of repair or alteration performed by or on behalf of the Named Insured, including while in transit to and from such location(s) as that term is defined by the 2020 – 2021 Marine Contractor's Legal Liability provision.

5.40    The 2020 – 2021 Marine General Liability Policy contains a Marine Contractor's Legal Liability provision which provides coverage for damages an insured is legally obligated to pay, by reason of liability as a Marine Contractor, for "property damage" to property of others, while such property is in the care, custody or control of the insured and/or is being loaded or discharged by the insured.

5.41    There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for "property damage" to property of others, while such property was in the care, custody or control of the insured and/or is being loaded or discharged by the insured.

5.42    The 2020 – 2021 Marine Contractor's Legal Liability provision expressly precludes coverage for loss, damage, or expense arising out of the operation of any watercraft owned by, or bareboat chartered to, the insured or any affiliated or subsidiary concern or party, including, but not limited to, collision liability, tower's liability or liabilities insured against under the customary forms of hull & machinery or protection &

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 102
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 102 of 132

indemnity policies.

5.43    There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for loss, damage, or expense arising out of the operation of any watercraft owned by, or bareboat chartered to, the insured or any affiliated or subsidiary concern or party, including, but not limited to, collision liability, tower's liability or liabilities insured against under the customary forms of hull & machinery or protection & indemnity policies.

5.44    The 2020 – 2021 Marine Contractor's Legal Liability provision expressly precludes coverage for loss or damage to property of the Insured, including owned or bareboat chartered watercraft.

5.45    There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for loss or damage to property of the Insured, including owned or bareboat chartered watercraft.

5.46    The 2020 – 2021 Marine Contractor's Legal Liability provision expressly precludes coverage for the cost or expense of redoing the work improperly performed by the insured and their contractors and/or subcontractors, or the cost of replacement of materials, parts or equipment furnished in connection therewith.

5.47    There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for the cost or expense of redoing the work improperly performed by the insured and their contractors and/or subcontractors, or the cost of replacement of materials, parts or equipment furnished in connection therewith.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 103
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 103 of 132

5.48   The 2020 – 2021 Marine Contractor's Legal Liability provision expressly precludes coverage for the cost or expense of repairing, replacing or renewing any faultily designed part or parts which cause(s) loss of or damage to the marine structure or watercraft, or for any expenditure incurred by reason of a betterment or alteration in design.

5.49   There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for the cost or expense of repairing, replacing or renewing any faultily designed part or parts which cause(s) loss of or damage to the marine structure or watercraft, or for any expenditure incurred by reason of a betterment or alteration in design.

5.50   The 2020 – 2021 Marine Contractor's Legal Liability provision expressly precludes coverage for disposal of any structures, salved watercraft and/or parts thereof, including scuttling.

5.51   There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for disposal of any structures, salved watercraft and/or parts thereof, including scuttling.

5.52   The 2020 – 2021 Marine Contractor's Legal Liability provision expressly precludes coverage for time delay penalties and consequential loss.

5.53   There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for time delay penalties and consequential loss.

5.54   The 2020 – 2021 Marine General Liability Policy expressly precludes coverage for "property damage" arising out of the ownership or operation of any watercraft

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 104
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG   Document 1   Filed 11/13/23   Page 104 of 132

owned by an insured, or chartered, leased, rented, or loaned to an insured.

5.56    There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for "property damage" arising out of the ownership or operation of any watercraft owned by an insured, or chartered, leased, rented, or loaned to an insured.

5.57    The 2020 – 2021 Marine General Liability Policy expressly requires written notice be provided to Travelers containing particulars sufficient to identify the insured and also reasonably obtainable information with respect to the time, place and circumstances thereto, and the names and addresses of the injured and of available witnesses in the event of occurrence, offense, claim or suit.

5.58    There is an actual and justiciable controversy as to whether Tamico provided Travelers written notice containing particulars sufficient to identify the insured and also reasonably obtainable information with respect to the time, place and circumstances thereto, and the names and addresses of the injured and of available witnesses in compliance with the terms and conditions of the 2020 – 2021 Marine General Liability Policy.

5.59    The 2020 – 2021 Marine General Liability Policy expressly requires if a "claim" is made or "suit" is brought against the insured, the insured shall immediately forward to Travelers every demand, notice, summons or other process received in connection with the "claim" or "suit."

5.60    There is an actual and justiciable controversy as to whether Tamico provided

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 105
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 105 of 132

Travelers every demand, notice, summons or other process received in connection with the "claim" or "suit" immediately upon receipt of same in compliance with the terms and conditions of the 2020 – 2021 Marine General Liability Policy.

5.61    The 2020 – 2021 Marine General Liability Policy expressly states Travelers will not pay attorney's fees that is in excess of fees calculated by applying the schedule for contested cases in Alaska Rule of Civil Procedure 82(b)(1) to the limit of liability of the applicable coverage.

5.62    There is an actual and justiciable controversy as to whether the 2020 – 2021 Marine General Liability Policy provides coverage for attorney's fees that is in excess of fees calculated by applying the schedule for contested cases in Alaska Rule of Civil Procedure 82(b)(1) to the limit of liability of the applicable coverage.

5.63    The 2020 – 2021 Marine General Liability Policy expressly states that the insurance afforded by the 2020 – 2021 Marine General Liability Policy is primary insurance, except when stated to apply in excess of or contingent upon the absence of other insurance.

5.64    There is an actual and justiciable controversy as to whether the 2020 – 2021 Marine General Liability Policy provides primary insurance for the claims asserted against Tamico.

5.65    The 2021 – 2022 and 2022 – 2023 Ocean Marine CGL Policies expressly provide coverage for damages an insured becomes legally obligated to pay as a result of covered "property damage" taking place during the policy period and which was caused

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 106
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 106 of 132

by an "occurrence".

5.66    There is an actual and justiciable controversy as to whether the claims against Tamico involve covered "property damage".

5.67    There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for covered "property damage" which took place during the policy period.

5.68    There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for covered "property damage" caused by an "occurrence".

5.69    The 2021 – 2022 and 2022 – 2023 Ocean Marine CGL Policies do not provide coverage if, prior to the policy period, the insured knew that the "property damage" had occurred.

5.70    There is an actual and justiciable controversy as to whether Tamico knew, prior to any policy period, of the alleged "property damage".

5.71    The 2021 – 2022 and 2022 – 2023 Ocean Marine CGL Policies expressly preclude coverage for "property damage" to property you own, rent, charter or occupy, including any costs or expenses incurred by Tamico, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property.

5.72    There is an actual and justiciable controversy as to whether the claims against Tamico involve "property damage" to property Tamico owns, rents, charters or

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 107
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 107 of 132

occupies, including any costs or expenses incurred by Tamico, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property as that term is defined by the Policies.

5.73    The 2021 – 2022 and 2022 – 2023 Ocean Marine CGL Policies expressly preclude coverage for "property damage" that is expected or intended from the standpoint of the insured.

5.74    There is an actual and justiciable controversy as to whether the claims against Tamico involve claims for "property damage" that is expected or intended from the standpoint of the insured.

5.75    The 2021 – 2022 and 2022 – 2023 Ocean Marine CGL Policies preclude coverage for "property damage" an insured is obligated to pay as damages by reason of assumption of liability in a contract.

5.76    There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for "property damage" an insured is obligated to pay as damages by reason of assumption of liability in a contract.

5.77    The 2021 – 2022 and 2022 – 2023 Ocean Marine CGL Policies preclude coverage for "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured.

5.78    There is an actual and justiciable controversy as to whether the claims

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 108
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 108 of 132

against Tamico involve damages for "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured.

5.79    The 2021 – 2022 and 2022 – 2023 Ocean Marine CGL Policies expressly preclude coverage for "property damage" to premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises.

5.80    There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for "property damage" to premises Tamico sold, gave away or abandoned, if the "property damage" arises out of any part of those premises.

5.81    The 2021 – 2022 and 2022 – 2023 Ocean Marine CGL Policies expressly preclude coverage for "property damage" to that particular part of real property on which Tamico or any contractors or subcontractors working directly or indirectly on Tamico's behalf are performing operations, if the "property damage" arises out of those operations.

5.82    There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for "property damage" to that particular part of real property on which Tamico or any contractors or subcontractors working directly or indirectly on Tamico's behalf are performing operations, if the "property damage" arises out of those operations.

5.83    The 2021 – 2022 and 2022 – 2023 Ocean Marine CGL Policies expressly precludes coverage for "property damage" to personal property in the care, custody, or control of Tamico.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 109
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 109 of 132

5.84   There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for "property damage" to personal property in the care, custody, or control of Tamico.

5.85   The 2021 – 2022 and 2022 – 2023 Ocean Marine CGL Policies expressly preclude coverage for "property damage" to that particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

5.86   There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for "property damage" to that particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

5.87   The 2021 – 2022 and 2022 – 2023 Ocean Marine CGL Policies expressly preclude coverage for "property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

5.88   There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for "property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

5.89   The 2021 – 2022 and 2022 – 2023 Marine CGL Policies expressly preclude coverage for "property damage" to "your product" arising out of it or any part.

5.90   There is an actual and justiciable controversy as to whether the claims against Tamico involve claims for "property damage" to "your product" arising out of it or any part of it.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 110
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG   Document 1   Filed 11/13/23   Page 110 of 132

5.91    The 2021 – 2022 and 2022 – 2023 Marine CGL Policies expressly preclude coverage for "property damage" to "impaired property" or property that has not been physically injured, arising out of a defect, deficiency, inadequacy or dangerous condition in "your product" or "your work".

5.92    There is an actual and justiciable controversy as to whether the claims against Tamico involve claims for "property damage" to "impaired property" or property that has not been physically injured, arising out of a defect, deficiency, inadequacy or dangerous condition in "your product" or "your work".

5.93    The 2021 – 2022 and 2022 – 2023 Marine CGL Policies expressly preclude coverage for "property damage" to "impaired property" or property that has not been physically injured, arising out of a delay or failure by Tamico or anyone acting on Tamico's behalf to perform a contract or agreement in accordance with its terms.

5.94    There is an actual and justiciable controversy as to whether the claims against Tamico involve claims for "property damage" to "impaired property" or property that has not been physically injured, arising out of a delay or failure by Tamico or anyone acting on Tamico's behalf to perform a contract or agreement in accordance with its terms.

5.95    The 2021 – 2022 and 2022 – 2023 Ocean Marine CGL Policies expressly preclude coverage for "property damage" to "your product" arising out of it or any part of it as those terms are defined by the policies.

5.96    There is an actual and justiciable controversy as to whether the claims against Tamico involve claims for "property damage" to "your product" arising out of it or any

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 111
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 111 of 132

part of it as those terms are defined by the policies.

5.97    The 2021 – 2022 and 2022 – 2023 Ocean Marine CGL Policies contain a Marine Contractors Legal Liability provision which expressly provides coverage for damages an insured becomes legally obligated to pay or "wreck removal costs" because of "maritime operations property damage" to which the insurance applies.

5.98    There is an actual and justiciable controversy as to whether the claims against Tamico involve damages an insured becomes legally obligated to pay or "wreck removal costs" because of "maritime operations property damage" to which the insurance applies.

5.99    The 2021 – 2022 and 2022 – 2023 Ocean Marine CGL Policies contain a Marine Contractors Legal Liability provision which expressly provides coverage for "maritime operations property damage" only if the "maritime operations property damage" is caused by an "occurrence" and takes place during the policy period.

5.100   There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for "maritime operations property damage" which were caused by an "occurrence".

5.101   There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for "maritime operations property damage" which took place during the policy period.

5.102   The 2021 – 2022 and 2022 – 2023 Ocean Marine CGL Policies contain a Marine Contractors Legal Liability provision which expressly does not provide coverage

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 112
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 112 of 132

for "maritime operations property damage" if such damage was known to have occurred.

5.103 There is an actual and justiciable controversy as to whether any alleged "maritime operations property damage" was known by Tamico prior to the inception of either policy.

5.104 The 2021 – 2022 and 2022 – 2023 Ocean Marine CGL Policies contain a Marine Contractors Legal Liability provision which expressly precludes coverage for "maritime operations property damage" arising out of the navigation or operation of any watercraft owned by, chartered to, or used for rental or chartering purposes by Tamico or any affiliated or subsidiary organization, including any damages for collision liability, tower's liability, or liabilities insured under the customary forms of hull and machinery or protection and indemnity policies as that term is defined by the policies.

5.105 There is an actual and justiciable controversy as to whether the claims against Tamico involve "maritime operations property damage" arising out of the navigation or operation of any watercraft owned by, chartered to, or used for rental or chartering purposes by Tamico or any affiliated or subsidiary organization, including any damages for collision liability, tower's liability, or liabilities insured under the customary forms of hull and machinery or protection and indemnity policies as that term is defined by the policies.

5.106 The 2021 – 2022 and 2022 – 2023 Ocean Marine CGL Policies contain a Marine Contractors Legal Liability provision which expressly precludes coverage for damages claimed for any loss, cost or expense incurred by Tamico or others to dispose of

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 113
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 113 of 132

any structures, salved watercraft or parts thereof, including scuttling.

5.107  There is an actual and justiciable controversy as to whether the claims against Tamico involve damages claimed for any loss, cost or expense incurred by Tamico or others to dispose of any structures, salved watercraft or parts thereof, including scuttling.

5.108  The 2021 – 2022 and 2022 – 2023 Ocean Marine CGL Policies contain a Marine Contractors Legal Liability provision which expressly precludes coverage for damages claimed for any delay, loss of time, loss of use, loss of market, loss of market value, loss of charter or any other consequential loss, including demurrage or time delay penalties.

5.109  There is an actual and justiciable controversy as to whether the claims against Tamico involve damages claimed for any delay, loss of time, loss of use, loss of market, loss of market value, loss of charter or any other consequential loss, including demurrage or time delay penalties.

5.110  There is an actual and justiciable controversy as to whether Tamico was acting as a marine construction, salvage, marine manufacturing or warehouse operator.

5.111  The 2021 – 2022 and 2022 – 2023 Ocean Marine CGL Policies contain a Marine Contractors Legal Liability provision which expressly precludes coverage for "maritime operations property damage" arising out of any criminal, dishonest, fraudulent, or malicious act committed by the insured or with consent or knowledge of the insured.

5.112  There is an actual and justiciable controversy as to whether the claims

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 114
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P.: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 114 of 132

against Tamico involve damages for "maritime operations property damage" arising out of any criminal, dishonest, fraudulent, or malicious act committed by Tamico or with consent or knowledge of Tamico.

5.113  The 2021 – 2022 and 2022 – 2023 Ocean Marine CGL policies contain a provision that require that an insured see to it that Travelers is notified as soon as practicable of an "occurrence" or an offense which may result in a claim, including how, when, and where the "occurrence" or offense took place, the name and addresses of any injured persons and witnesses, the nature and location of any injury or damage arising out of the "occurrence" or offense as those terms are defined by the Policies.

5.114  There is an actual and justiciable controversy as to whether Tamico provided Travelers notification as soon as practicable of an "occurrence" or an offense which may result in a claim, including how, when, and where the "occurrence" or offense took place, the name and addresses of any injured persons and witnesses, the nature and location of any injury or damage arising out of the "occurrence" or offense as those terms are defined by the Policies.

5.115  The 2021 – 2022 and 2022 – 2023 Ocean Marine CGL policies expressly provide that the 2021 – 2022 and 2022 – 2023 Ocean Marine CGL policy may be excess over other valid and collectible insurance.

5.116  There is an actual and justiciable controversy as to whether there is other valid and collectible insurance applicable to the claims asserted against Tamico and whether the 2021 – 2022 and 2022 – 2023 Ocean Marine CGL policies are excess.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 115
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG     Document 1     Filed 11/13/23     Page 115 of 132

5.117 The 2021 – 2022 and 2022 – 2023 Ocean Marine CGL policies' non-cumulation endorsement expressly prohibits the cumulation of multiple "Each Occurrence Limits" if one occurrence causes "property damage" during the policy period, and in one or more prior and/or future policies that includes a commercial general liability coverage part for the insured issued by Travelers.

5.118 There is an actual and justiciable controversy as to whether the non-cumulation endorsement of the policies applies to limit any coverage.

5.119 The 2020 - 21 Bumbershoot Excess Follow-Form and Umbrella Liability Policy expressly provides coverage for all sums which Tamico is legally liable to pay as damages, by contract or agreement, of whatsoever nature, on account of "property damage."

5.120 There is an actual and justiciable controversy as to whether the claims asserted against Tamico involve damages of whatsoever nature which Tamico is legally liable to pay or by contract or agreement on account of "property damage."

5.121 The 2020 - 21 Bumbershoot Excess Follow-Form and Umbrella Liability Policy expressly provides coverage for all damages of whatsoever nature which Tamico is legally liable to pay on account of "property damage" caused by an "occurrence" happening, or an offense committed, during the policy period anywhere in the world, except for any country or jurisdiction which is subject to any trade sanction, embargo or similar regulation imposed by the United States of America that prohibits the transaction of business with or within such country or jurisdiction.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 116
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 116 of 132

5.122  There is an actual and justiciable controversy as to whether the claims asserted against Tamico involve damages of whatsoever nature which Tamico is legally liable to pay on account of "property damage" caused by an "occurrence" happening, or an offense committed.

5.123  The 2020 - 21 Bumbershoot Excess Follow-Form and Umbrella Liability Policy expressly states Travelers will pay on behalf of Tamico the "Ultimate Net Loss" in excess of either the amount(s) of the limit(s) set out in the underlying insurance identified in the attached "Schedule of Underlying Insurances", or  the Self Insured Retention as set forth in the Declaration in respect of each "occurrence" or offense not covered by said underlying insurances

5.124  There is an actual and justiciable controversy as to whether the claims asserted against Tamico involves an "Ultimate Net Loss" in excess of the amount(s) of the limit(s) set out in the underlying insurance identified in the attached "Schedule of Underlying Insurances."

5.125  There is an actual and justiciable controversy as to whether the claims asserted against Tamico involves an "Ultimate Net Loss" in excess of the Self Insured Retention as set forth in the Declaration in respect of each "occurrence" or offense not covered by said underlying insurances.

5.126  The 2020 - 21 Bumbershoot Excess Follow-Form and Umbrella Liability Policy expressly precludes coverage for "property damage" expected or intended from the standpoint of any Insured.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 117
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG     Document 1     Filed 11/13/23     Page 117 of 132

5.127 There is an actual and justiciable controversy as to whether the claims asserted against Tamico involve "property damage" expected or intended from the standpoint of any Insured.

5.128 The 2020 - 21 Bumbershoot Excess Follow-Form and Umbrella Liability Policy expressly pre8cludes coverage for failure of an Insured's products, or work completed by or for an Insured, to perform the function or serve the purpose intended or warranted by the insured.

5.129 There is an actual and justiciable controversy as to whether the claims asserted against Tamico involve failure of an Insured's products, or work completed by or for an Insured, to perform the function or serve the purpose intended or warranted by the insured.

5.130 The 2020 - 21 Bumbershoot Excess Follow-Form and Umbrella Liability Policy expressly precludes coverage for fines, penalties, punitive damages, exemplary damages, or the portion of any multiplied damages award that exceeds the amount multiplied.

5.131 There is an actual and justiciable controversy as to whether the claims asserted against Tamico involve fines, penalties, punitive damages, exemplary damages, or the portion of any multiplied damages award that exceeds the amount multiplied.

5.132 The 2020 - 21 Bumbershoot Excess Follow-Form and Umbrella Liability Policy expressly precludes coverage for loss, damage, injury or expense arising out of property while in the care, custody or control of Tamico.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 118
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG     Document 1     Filed 11/13/23     Page 118 of 132

5.133  There is an actual and justiciable controversy as to whether the claims asserted against Tamico involve loss, damage, injury or expense arising out of property while in the care, custody or control of Tamico.

5.134  The 2020 - 21 Bumbershoot Excess Follow-Form and Umbrella Liability Policy expressly precludes coverage for loss, damage, injury or expense arising out Tamico's operations, if the "occurrence" takes place after such operations have been completed or abandoned and occurs away from premises owned, rented, or controlled by Tamico.

5.135  There is an actual and justiciable controversy as to whether the claims asserted against Tamico involve loss, damage, injury or expense arising out Tamico's operations, if the "occurrence" takes place after such operations have been completed or abandoned and occurs away from premises owned, rented, or controlled by Tamico.

5.136  The 2020 - 21 Bumbershoot Excess Follow-Form and Umbrella Liability Policy expressly precludes coverage for loss, damage, injury or expense assumed under contract.

5.137  There is an actual and justiciable controversy as to whether the claims asserted against Tamico involve loss, damage, injury or expense assumed under contract.

5.138  The 2020 - 21 Bumbershoot Excess Follow-Form and Umbrella Liability Policy expressly precludes coverage for loss, damage, injury or expense arising out of goods or products manufactured, sold, handled, distributed, or disposed of by Tamico, or by others trading under its name, if the "occurrence" occurs after possession of such goods

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 119
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG     Document 1     Filed 11/13/23     Page 119 of 132

or products has been relinquished to other by the Insured, or by others trading under its name, and if such "occurrence" occurs away from premises owned, rented, or controlled by Tamico.

5.139   There is an actual and justiciable controversy as to whether the claims asserted against Tamico involve loss, damage, injury or expense arising out of goods or products manufactured, sold, handled, distributed, or disposed of by Tamico, or by others trading under its name, if the "occurrence" occurs after possession of such goods or products has been relinquished to other by the Insured, or by others trading under its name, and if such "occurrence" occurs away from premises owned, rented, or controlled by Tamico.

5.140   The 2020 - 21 Bumbershoot Excess Follow-Form and Umbrella Liability Policy expressly states that whenever Tamico has information from which it may reasonably be concluded that an "occurrence" or offense likely to involve this Policy has happened, notice shall be sent to Travelers as soon as practicable, including how, when and where the "occurrence" or offense took place and the names and addresses of any injured persons and witnesses.

5.141   There is an actual and justiciable controversy as to whether Tamico complied with the notice requirements of this policy by providing Travelers notice of information from which it may reasonably be concluded that an "occurrence" or offense likely to involve this Policy has happened.

5.142   The 2020 - 21 Bumbershoot Excess Follow-Form and Umbrella Liability

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 120
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 120 of 132

Policy expressly states that if a claim is made or "suit" is brough against any Insured which may result in a claim against this insurance, Tamico must give Travelers written notice of the claim or "suit".

5.143  There is an actual and justiciable controversy as to whether Tamico gave Travelers written notice of a claim or "suit" brought against Tamico.

5.144  The 2020 – 2021 Bumbershoot Excess Follow-Form and Umbrella Liability Policy expressly limits coverage for attorney fees under Alaska Rule of Civil Procedure 82.

5.145  There is an actual and justiciable controversy as to the amount of attorney's fees, if any, available under the policies.

5.146  The 2021 – 22 and 2022 - 23 Bumbershoot Excess Follow-Form and Umbrella Liability Policies expressly provide coverage for damages, in excess of the "applicable underlying limit" that Tamico is legally obligated to pay as damages to which this insurance applies, provided that the "underlying insurance" would apply to such damages but for the exhaustion of its applicable limits of insurance.

5.147  There is an actual and justiciable controversy as to whether the claims brought against Tamico include damages, in excess of the "applicable underlying limit" that Tamico is legally obligated to pay as damages.

5.148  There is an actual and justiciable controversy as to whether claims brought against Tamico include "damages" that would apply to the "underlying insurance"   but for the exhaustion of its applicable limits of insurance.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S COMPLAINT FOR DECLARATORY RELIEF- 121
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG     Document 1     Filed 11/13/23     Page 121 of 132

5.149  The 2021 – 22 and 2022 - 23 Bumbershoot Excess Follow-Form and Umbrella Liability Policies expressly states that coverage under the 2021 – 22 and 2022 - 23 Bumbershoot Excess Follow-Form and Umbrella Liability Policy are subject to the same terms, conditions, agreements, exclusions and definitions as the 2021 – 22 and 2022 – 23 Ocean Marine CGL Policies, except with respect to any provisions to the contrary contained in this insurance.

5.150  There is an actual and justiciable controversy as to whether any of the terms, conditions, agreements, exclusions and definitions as the 2021 – 22 and 2022 – 23 Ocean Marine CGL Policies operate to preclude coverage for the claims asserted against Tamico.

5.151  The 2021 – 22 and 2022 - 23 Bumbershoot Excess Follow-Form and Umbrella Liability Policies provides coverage for damages sums in excess of the "self-insured retention" that the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which Coverage B of this insurance applies.

5.152  There is an actual and justiciable controversy as to whether the claims against Tamico involve damages sums in excess of the "self-insured retention" that the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which Coverage B of this insurance applies.

5.153  The 2021 – 22 and 2022 - 23 Bumbershoot Excess Follow-Form and Umbrella Liability Policies expressly preclude coverage for "property damage" expected

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 122
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 122 of 132

or intended from the standpoint of the insured.

5.154 There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for "property damage" expected or intended from the standpoint of the insured.

5.155 The 2021 – 22 and 2022 - 23 Bumbershoot Excess Follow-Form and Umbrella Liability Policies expressly preclude coverage for "property damage" for which Tamico is obligated to pay damages by reason of the assumption of liability in a contract or agreement.

5.156 There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for "property damage" for which Tamico is obligated to pay damages by reason of the assumption of liability in a contract or agreement.

5.157 The 2021 – 22 and 2022 - 23 Bumbershoot Excess Follow-Form and Umbrella Liability Policies expressly preclude coverage for "property damage" arising out of the ownership, maintenance, use or entrustment to others of any watercraft owned or operated by or rented or loaned to any insured.

5.158 There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for "property damage" arising out of the ownership, maintenance, use or entrustment to others of any watercraft owned or operated by or rented or loaned to any insured.

5.159 The 2021 – 22 and 2022 - 23 Bumbershoot Excess Follow-Form and Umbrella Liability Policies expressly preclude coverage for "property damage" to

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 123
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 123 of 132

premises Tamico sold, gave away, or abandoned if the "property damage" arises out of any part of those premises.

5.160 There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for "property damage" to premises Tamico sold, gave away, or abandoned if the "property damage" arises out of any part of those premises.

5.161 The 2021 – 22 and 2022 - 23 Bumbershoot Excess Follow-Form and Umbrella Liability Policies expressly preclude coverage for "property damage" to that particular part of real property on which Tamico or any contractors or subcontractors working directly or indirectly on Tamico's behalf are performing operations if the "property damage" arises out of those operations.

5.162 There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for "property damage" to that particular part of real property on which Tamico or any contractors or subcontractors working directly or indirectly on Tamico's behalf are performing operations if the "property damage" arises out of those operations.

5.163 The 2021 – 22 and 2022 - 23 Bumbershoot Excess Follow-Form and Umbrella Liability Policies expressly precludes coverage for "property damage" to that particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

5.164 There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for "property damage" to that particular part of any

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 124
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 124 of 132

property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

5.165 The 2021 – 22 and 2022 - 23 Bumbershoot Excess Follow-Form and Umbrella Liability Policies expressly precludes coverage for "property damage" to "impaired property", or property that has not been physically injured, arising out of a defect, deficiency, inadequacy or dangerous condition in "your product" or "your work."

5.166 There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for "property damage" to "impaired property", or property that has not been physically injured, arising out of a defect, deficiency, inadequacy or dangerous condition in "your product" or "your work."

5.167 The 2021 – 22 and 2022 - 23 Bumbershoot Excess Follow-Form and Umbrella Liability Policies expressly precludes coverage for "property damage" to "impaired property", or property that has not been physically injured, arising out of a delay or failure by Tamico, or anyone acting on Tamico's behalf, to fulfill the terms of a contract or agreement.

5.168 There is an actual and justiciable controversy as to whether the claims against Tamico involve damages for "property damage" to "impaired property", or property that has not been physically injured, arising out of a delay or failure by Tamico, or anyone acting on Tamico's behalf, to fulfill the terms of a contract or agreement.

5.169 The 2021 – 22 and 2022 - 23 Bumbershoot Excess Follow-Form and Umbrella Liability Policies expressly precludes coverage for damages claimed for any

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 125
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 125 of 132

loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of "your product" if such product is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

5.170 There is an actual and justiciable controversy as to whether the claims against Tamico involve damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of "your product" if such product is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

5.171 The 2021 – 22 and 2022 - 23 Bumbershoot Excess Follow-Form and Umbrella Liability Policies expressly precludes coverage for damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of "your work" if such work is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

5.172 There is an actual and justiciable controversy as to whether the claims against Tamico involve damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment,

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 126
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P.: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 126 of 132

removal or disposal of "your work" if such work is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

5.173 The 2021 – 22 and 2022 - 23 Bumbershoot Excess Follow-Form and Umbrella Liability Policies expressly preclude coverage "personal injury" or "advertising injury" arising out of a breach of contract.

5.174 There is an actual and justiciable controversy as to whether the claims against Tamico involve claims for "personal injury" or "advertising injury" arising out of a breach of contract.

5.175 The 2021 – 22 and 2022 - 23 Bumbershoot Excess Follow-Form and Umbrella Liability Policies expressly precludes coverage "advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

5.176 There is an actual and justiciable controversy as to whether the claims against Tamico involve claims for "advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

5.177 The 2021 – 22 and 2022 - 23 Bumbershoot Excess Follow-Form and Umbrella Liability Policies expressly states that Tamico must see to it that Travelers is notified as soon as practicable of an "event" or "occurrence" which may result in a claim under this insurance, including how, when and where the "event" or "occurrence" took

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 127
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG     Document 1     Filed 11/13/23     Page 127 of 132

place, the names and addresses of any persons or organizations sustaining injury, damage or loss, and the names and addresses of any witnesses, and the nature and location of any injury or damage arising out of the "event" or "occurrence".

5.178  There is an actual and justiciable controversy as to whether Tamico saw to it that Travelers was notified as soon as practicable of an "event" or "occurrence" which may result in a claim under this insurance, including how, when and where the "event" or "occurrence" took place, the names and addresses of any persons or organizations sustaining injury, damage or loss, and the names and addresses of any witnesses, and the nature and location of any injury or damage arising out of the "event" or "occurrence".

5.179  The 2021 – 22 and 2022 - 23 Bumbershoot Excess Follow-Form and Umbrella Liability Policies expressly states that if a claim is made or "suit" is brought against Tamico which may result in a claim under this insurance, Tamico must see to it that Travelers receive written notice of the claim or "suit" as soon as practicable.

5.180  There is an actual and justiciable controversy as to whether Tamico saw to it that Travelers receive written notice of the claim or "suit" as soon as practicable.

5.181  The 2021 – 22 and 2022 - 23 Bumbershoot Excess Follow-Form and Umbrella Liability Policies expressly states Tamico must cooperate with Travelers in the investigation, settlement or defense of any claim or "suit."

5.182  There is an actual and justiciable controversy as to whether Tamico cooperated with Travelers.

5.183  The 2021 – 22 and 2022 - 23 Bumbershoot Excess Follow-Form and

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 128
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG     Document 1     Filed 11/13/23     Page 128 of 132

Umbrella Liability Policies expressly states Tamico must immediately send Travelers copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit".

5.184 There is an actual and justiciable controversy as to whether Tamico immediately sent Travelers copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit".

5.185 The 2021 – 22 and 2022 - 23 Bumbershoot Excess Follow-Form and Umbrella Liability Policies expressly states that this insurance is excess over any valid and collectible "other insurance" whether such "other insurance" is stated to be primary, contributing, excess, contingent or otherwise.

5.186 There is an actual and justiciable controversy as to whether there is any other valid and collectible "other insurance" applicable to the claims against Tamico.

5.187 The 2021 – 22 and 2022 – 23 Bumbershoot Excess Follow-Form and Umbrella Liability Policies non-cumulation endorsement expressly prohibits the cumulation of multiple Occurrence Limits if the damages arise out of any one event.

5.188 There is an actual and justiciable controversy as to whether the non-cumulation endorsement of the 2021 – 22 and 2022 - 23 Bumbershoot Excess Follow-Form and Umbrella Liability Policies applies to limit any coverage for the loss, if any, to a single policy limit.

5.189 Travelers reserves the right to assert any other exclusions or grounds for which coverage for the claims asserted against Tamico as a result of the Dawson claim may

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 129
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG     Document 1     Filed 11/13/23     Page 129 of 132

be excluded under the Policies.

## VI.    CAUSE OF ACTION FOR DECLARATORY RELIEF

6.1    Travelers Property Casualty Company of America reasserts paragraphs 1.1 – 5.189 and incorporates the same as though fully stated herein.

6.2    Actual and justiciable controversies exist as to whether any defense coverage is available to Tamico under the policies set forth above.

6.3    Pursuant to and in accordance with 28 U.S.C. § 2201, Travelers Property Casualty Company of America requests that the Court grant declaratory relief in favor of Travelers Property Casualty Company of America and enter a judicial determination that Travelers Property Casualty Company of America does not have an obligation to provide a defense to Tamico in regard to the Dawson claim.

6.4    Actual and justiciable controversies exist as to whether any indemnity coverage is available to Tamico under the policies set forth above.

6.5    Actual and justiciable controversies further exist as to the amount of coverage available to Tamico based upon the non-cumulation endorsements if any such coverage exists.

6.6    Pursuant to and in accordance with 28 U.S.C. § 2201, Travelers Property Casualty Company of America requests that the Court grant declaratory relief in favor of Travelers Property Casualty Company of America and enter judicial determinations that Travelers Property Casualty Company of America does not have an obligation to provide indemnity coverage to Tamico under either the primary or excess policies identified in this

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 130
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5444

Case 1:23-cv-00014-SLG    Document 1    Filed 11/13/23    Page 130 of 132

complaint in regard to the claims arising from the Dawson claim. Should any coverage exist under the policies, Travelers Property Casualty Company of America requests that this Court enter judicial determinations that Travelers Property Casualty Company of America does not have an obligation to provide indemnity coverage beyond a single policy limit for the primary and excess policies.

## VII.   PRAYER FOR RELIEF

WHEREFORE, Travelers Property Casualty Company of America, having specifically alleged the foregoing, now prays for the following relief:

7.1   For a declaration of the rights and obligations of the parties hereto under the policies.

7.2   For a declaration that there is no duty to defend Tamico under the policies.

7.3   For a declaration that there is no duty to indemnify Tamico under the 2021 – 21 Marine General Liability Policy or the 2021 -22 and 2022 – 23 Ocean Marine Commercial General Liability Policies.

7.4   For a declaration that there is no duty to indemnify Tamico under the 2020 - 2021 Bumbershoot Policy and Umbrella Liability Policy or the 2021 – 22 and 2022 – 23 Bumbershoot Excess Follow-Form and Umbrella Liability Policies.

7.5   For a declaration that the non-cumulation provisions of the policies apply to limit any potential coverage for the loss to a single policy limit.

7.6   For a judicial declaration that Tamico is bound by any judicial declarations

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 131
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P.: (206) 467-5444 F.: (206) 467-5444

Case 1:23-cv-00014-SLG     Document 1     Filed 11/13/23     Page 131 of 132

in this matter.

7.7     For all pre-judgment and post-judgment interest as allowed by applicable law.

7.8     For attorney fees and costs allowed by applicable statute and law.

7.9     To the extent allowed by applicable law, reimbursement of any and all defense costs, fees, or expenses incurred by Travelers Property Casualty Company of America in the defense of Tamico.

7.10    For other and further relief as the Court deems just and equitable.

DATED this 13th day of November 2023.

LETHER LAW GROUP

*/s/* Thomas Lether
Thomas Lether, Alaska #1509081
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
P: 206-467-5444 / F: 206-467-5544
tlether@letherlaw.com
*Counsel for Travelers Property Casualty Company of America*

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
COMPLAINT FOR DECLARATORY RELIEF- 132
CASE NO.: 1:23-cv-00014-HRH

LETHER LAW GROUP
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

Case 1:23-cv-00014-SLG     Document 1     Filed 11/13/23     Page 132 of 132